## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRYANT MOORE** | ) |
| 4710 Mangum Road | ) |
| College Park, MD  20740 | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  CA: |
| | ) |
| **LIGHTSTORM  ENTERTAINMENT** | ) |
| | ) |
| Santa Monica, CA 90401 | ) |
| | ) |
| **JAMES CAMERON** | ) |
| 919 Santa Monica Blvd. | ) |
| Santa Monica, CA 90401 | ) |
| | ) |
| **20TH CENTURY FOX, INC.,** | ) |
| 10201 West Pico Blvd. | ) |
| Los Angeles, CA 90064 | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER RELIEF

**COMES NOW** Plaintiff, Bryant Moore, by and through undersigned counsel, and respectfully files the immediate complaint against Defendants Lightstorm Entertainment ("Lightstorm"), James Cameron ("Cameron") and 20th Century Fox, Inc. ("Fox") for implied breach of contract, copyright infringement, an accounting, and declaratory and equitable relief.

### INTRODUCTION

Bryant Moore ("Moore"), Plaintiff, is a passionate and disciplined science fiction reader and writer. Moore has written several creative works, including the infringed upon products at issue in this litigation, namely "AQUATICA" and "DESCENDANTS: THE POLLINATION" ("THE POLLINATION"). Both original screenplays were respectively originally copyrighted in 1994 and 2003. Exhibits 1 and 5. Moore's productions are distinct and include fundamental

1

similarities, which are far too unique expressions, to constitute mere coincidence, including common themes, plots, settings, dialogues, mood, and tones.

Striking Substantial Similarities between AVATAR and AQUATICA include, but are not limited to: Colossal Foliage, Hero leaves former military life to participate in hybrid scientific-military conflict, lead female scientist, military-technical collaboration and search for resources, genetically created and engineered beings ("Biologicals"), common lab and aquarium scenes and observations of genetically created beings swimming inside, swaying towering Plants, heroic escapes with aid of plants, common reptilian grabs and tosses, heroic flights through giant plants, gargantuan bioluminescent flora, two grenades that are dropped, rousing speeches before final battle, explosion and character's downward versus upward jettison, similar exchanges and discussions of terrain data and scientific assessments of the enemy's flight strength to name a few.

The POLLINATION has equally striking substantial similarities including, but not limited, to the following: similar opening scenes, bioluminescent flora/plant life and green bioluminescence in particular, "alien" trees and/or foliage, an initial conflict evolves into immediate defensive alliance and romance, tribal matriarchs and patriarchs (50ish matriarch) with strong ancestral connections and ancestral memories, matriarch and patriarch observation and validation of special attraction and relationship between hero and heroine, matriarchal assignments of responsibility over heroic stranger,. tribal acceptance and protection of stranger, spiritual connections to environment and reincarnation, similar character development, similar scenes with lush exotic gargantuan plant life, potential killing of main character until manifestation of sign and corresponding revelations and "connection", similar intuitive messages through signs; unbreathable atmospheres, common use of the term "Eastern Sea", a city versus

village inside a tree, similar heroic plot development, natives' belief in death, evolution and reincarnation, attacks on plant life and aggressive military pursuit of resources, scientific sampling and studies, scientists and soldiers joining forces inside gargantuan forest, uniting of native groups, use of lighting, presence of floating seeds, spiritual sensitivity of natives and similar romantic ending..

Plaintiff's productions were duly transmitted to Lightstorm both directly and indirectly; hence, Defendants enjoyed access thereto. Lightstorm and Cameron claim that a treatment of the movie Avatar was created in either 1998 or 1999; however, the treatment was not copyrighted. Further, there are substantial similarities between the Treatment and AQUATICA. The film, AVATAR, was copyrighted in 2006 and subsequently released in December 2009. AVATAR contains substantial similarities, many which are strikingly substantial, and which had to have been distinctly extrapolated from AQUATICA and THE POLLINATION. Defendants, upon information and belief then integrated select segments of these films in a derivative manner for purpose of its development of AVATAR. It then developed there from underlying themes, plots, characters, settings moods, tones and dialogues. Defendants jointly and severally, and without Plaintiff's authorization, permission or credit for his creation, copied and misappropriated substantial content from one and/or both of Plaintiff's original copyrighted screenplays and subsequently released the movie "Avatar." Moore alleges (i) breach of an implied contract, (ii) copyright infringement and seeks an (iii) accounting and (iv) certain declaratory and injunctive relief.

3

## JURISDICTION AND VENUE

1.    This is an action for breach of implied contract and copyright infringement arising under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.* ("Copyright Act"). This Court has subject matter jurisdiction under 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a).

2.    Venue is proper in this jurisdiction under 28 U.S.C. §§ 1391(b) and 1400 because Defendant does business, may be found, and is subject to personal jurisdiction here, having marketed, distributed and featured the production of the movie Avatar in the State of Maryland.

3.    Plaintiff, Bryant Moore ("Moore"), is a resident of the state of Maryland. Moore is a writer, planner, community/economic development professional. He has been involved in economic/community development efforts which have included biotechnology, biomedical advances, the life sciences industry, green projects, green enterprise development, environmental health indicators/assessments/analysis, and environmental initiatives, A true and correct copy of the Certificates of Registration for each work is attached. Moore has never licensed nor otherwise authorized anyone to copy, distribute or publicly disseminate his work or any derivative works based thereupon.

4.    Defendant, James Cameron ("Cameron") is a writer, producer and director.

5.    Defendant, Lightstorm Entertainment ("Lightstorm"), is a production company owned and operated by Cameron. It is organized and exists under the laws of the state of California and is doing business in Santa Monica, CA with a principal place of business at 919 Santa Monica Boulevard, Santa Monica, CA 90401.

4

6.  Defendant 20th Century Fox Film Corporation is a film studio which engages in the production, acquisition and distribution of motion pictures for theatrical exhibition, home entertainment, television programming and other forms of distribution. It is the producer and distributor of the movie Avatar. It is a Delaware corporation with its principal place of business at 10201 West Pico Boulevard Los Angeles, CA 90064.

7.  Upon information and belief, each named defendant was the agent, servant and employee of each other defendant, acting within the course and scope of his, her, or its agency and employment with the full knowledge, consent and ratification of each other defendant.

8.  The motion picture AVATAR ("Film") was released in movie theaters worldwide by 20th Century Fox Film Corporation in December of 2009.

9.  Despite Defendants' contention that the idea for the Film was first conceived by Cameron, AVATAR is substantially similar in numerous material respects to the ideas and screenplays which Moore previously presented and disclosed to Lightstorm and Cameron.

10. Avatar is the highest grossing film ever produced with reported box office earnings of $2,782,275,172. It was nominated for nine (9) Academy Awards, including Best Picture and Best Director, and won three (3) Academy Awards for Best Cinematography, Best Visual Effects, and Best Art Direction. The Film also won a Golden Globe Award for Best Director. A video game prequel to the Film was released in 2009. A DVD special edition of the Film was also released and two (2) sequels to the Film are planned which reportedly develop the storyline with respect to the oceans of the AVATAR world. An AVATAR amusement park and joint venture project is also being planned.

## FACTS COMMON TO ALL CLAIMS
### Access to Protected Work

11.  Defendants enjoyed access to Plaintiff's copyrighted works. Between 1992 and 1994, Plaintiff wrote and developed a screenplay entitled "AQUATICA" ("Screenplay 1") which was duly registered with the Writers Guild of America in 1994 and with the copyright office on May 9, 1994. (Registration No. PAu001853245). Exhibits 1 and 2. In 2006, Plaintiff made revisions to AQUATICA and copyrighted the work as AQUAPOCALYPSE, Registration no. PAu003036317.

12.  In 1994, Moore transmitted AQUATICA to Lightstorm via Howard Gibson, who worked at that time as a Production Assistant for Lightstorm Entertainment on the movie, TRUE LIES. Upon his receipt of the screenplay, Gibson then represented that he transmitted AQUATICA to Lightstorm Entertainment's offices. See Exhibit 3: Moore's 1994 proof of mailing to Howard Gibson.

13.  In or around January, 2003 the Director's Guild of America provided Moore contact information for various film directors, including James Cameron's manager at that time, namely Sher, Sherr, Gelb & Company ("SSG").

14.  Defendant Fox had access to AQUATICA around 1995 via a production staffer, Tony Lancto ("Lancto") Lancto received a copy of AQUATICA from Syracuse University classmate John Wiles ("Wiles"), with whom Moore worked at the South East Consortium for International Development ("SECID") and met in Ballston, Virginia, where he provided a copy of the screenplay. Wiles delivered the screenplay to Lancto. Moore had subsequent conversations with Lancto about the screenplay while Lancto was employed at Fox, including getting a producer interested in the project. Lancto informed Mr. Moore that he kept the script on his desk.

6

15.   In early 2003, Plaintiff sent AQUATICA to Toya Iella of SSG, James Cameron's business manager. Phone calls concerning James Cameron's business manager, SSG, include those placed on February 19, 2003 and February 20, 2003.

16.   After referral from SSG, on April 7, 2003, Plaintiff sent AQUATICA to Tom Cohen, Creative Executive of Lightstorm Entertainment, Inc. On May 19, 2003, Plaintiff sent a memo dated as such, along with a snow globe containing a computer drawing of an underwater city and submarines as a gracious reminder to Tom Cohen concerning AQUATICA.

17.   Defendant Lightstorm subsequently informed Plaintiff it was not interested in producing AQUATICA.

18.   In July of 2003, through counsel, Plaintiff sent THE POLLINATION to Lightstorm via FedEx with script submission cover letter. Exhibit 4.

19.   Descendants: THE POLLINATION was sent to the Creative Executive at Lightstorm, Tom Cohen, with permission from Lightstorm. Plaintiff followed up via phone calls to Lightstorm Entertainment, Inc. in July of 2003, October of 2003, September of 2003, and in February of 2004 by way of communication to Tom Cohen through US Postal Express Mail.

20.   Phone calls records to SSG and Lightstorm reveal the following:

      a.   May 20, 2003 -  Phone Call (SSG, James Cameron Business Manager).

      b.   May 20, 2003 –, Phone Call (Lightstorm Entertainment Inc.).

      c.   May 30, 2003 - Phone Call (Lightstorm Entertainment, Inc.).

      d.   June 18, 2003 – Phone Call (Lightstorm Entertainment, Inc.).

      e.   September 12, 2003 - Phone Call (Lightstorm Entertainment Inc.).

21.  In April 29, 2005, Plaintiff copyrighted sketches and drawings of key scenes, characters and crafts, entitled POLLINATION ART.  The sketches were created by Plaintiff and Plaintiff's spouse Sherri Moore.  On May 3, 2006, Plaintiff registered a revised copy of THE POLLINATION with Writers Guild of America.

22.  In 2006, Plaintiff revised THE POLLINATION ("Screenplay 2") and registered it with the Writers Guild of America on May 3, 2006 and with the copyright office on May 4, 2006 (Registration no. PAu003067003).

23.  Plaintiff thus possesses legitimate, valid copyright registration certificates for AQUATICA (May 1994) Exhibit 1, Descendants: THE POLLINATION (July 2003) Exhibit 5, Descendants: THE POLLINATION (May 2006) and AQUAPOCALYPSE (May 2006) which. pre-date Defendants' registrations for the Project 880 screenplay/AVATAR screenplay and the motion picture version of AVATAR.. For purpose of this complaint, Plaintiff claims that Defendants infringed on his 1994 and /or his 2003 copyrighted AQUATICA scripts and his 2003 and/or 2006 copyrighted POLLINATION scripts.

24.  Almost thirteen (13) years after the copyright registration for AQUATICA, and over three (3) years after the copyright registration for THE POLLINATION, Cameron copyrighted the film AVATAR.  (November 2006 pre-registered).   It was subsequently released to theaters around December 18, 2009.

25.  Upon information and belief, Cameron and Lightstorm were given, shown and read both AQUATICA and THE POLLINATION prior AVATAR's alleged conception and development.

8

26.   Given Cameron and Lightstorm's reasonable opportunity to view and read Plaintiff's works, Defendants enjoyed the access required to actually copy Plaintiff's work.

27.   Upon information and belief, Defendants use their documented access to Plaintiff's original copy written works, selectively extrapolated themes and content from each and further used selective and substantial extracts from Plaintiff's copyrighted work to develop, write and produce the movie Avatar.

28.   There are substantial similarities between the copyrightable expressions in Plaintiff's original works and the movie Avatar.

29.   Moore has never authorized, consented to or given permission to any of the Defendants to use, reproduce or create a derivative work based on his original copyrighted screenplays.

30.   A detailed sampling comparison of Moore's screenplays and AVATAR is stated below.

## THE PROTECTED WORK

31.   Moore conceived and developed a full length feature film entitled AQUATICA between 1992 and 1994.

32.   AQUATICA is set significantly underwater with an entire bioluminescent rainforest that contains, among other foliage, wonders, gargantuan, alien trees/tree-like flora; (ii) a bioluminescent sea jungle; (iii) bioluminescent plants hanging from the underside of immense rock structures; (iv) a man who leaves a former soldiering outfit and joins another, extreme soldiering outfit, with the power to destroy enemies and **where** he works beside a female scientist and her team as a soldiering escort. The female scientist similarly questions the man's participation in the operation because of his military background.   The story's last act includes a major battle sequences inside the

9

bioluminescent rainforest of gargantuan red-wood tree like, alien plants (among other flora).

33.    THE POLLINATION is set in a lush, exotic world covered by gargantuan, alien flora and massive super trees in a forest of giant trees/tree limbs, vast foliage, giant vines and leaves. The storyline involves, among other elements, a matriarch and patriarch overseeing a clan like group while the hero and heroine battle for the control of the gargantuan forest which contains bioluminescent flora. The movie reveals a character that grows from being a warrior to one who appreciates nature and the environment. The bioluminescent rainforest and/or forest of gargantuan trees are rendered as backgrounds throughout the film.

34.    Defendants strategically combined content from both of Plaintiff's writings, altered same to create a distorted perception that AVATAR was an original work. As demonstrated below, Defendants merged converted substantive content into its development of AVATAR.

35.    Striking substantial similarities exist between Avatar and Plaintiff's respective works in plot, character development, sequence, mood, pace, settings, theme, and dialogue. A detailed sampling of same, provided below, reveal Defendants' complicity, manipulation of infringed materials, and intentional and malicious infringement upon, and conversion of Plaintiff's copyrighted works. It further demonstrates Defendants' breach of its implied contract with Plaintiff.

36.    Defendants acted at all times herein with an evil and malicious intent.

## STRIKING SUBSTANTIAL SIMILARITIES
## BETWEEN AVATAR AND AQUATICA

37. **Colossal Foliage Scenes and Plots.** In both AVATAR and AQUATICA, parts of the story and passages deal with a forest of colossal foliage that is other-worldly, overwhelming, even alien in appearance. For AVATAR, the situation is simply moved from AQUATICA's water environ to the air over the giant, alien forest.

38. **Former Military Life to hybrid Scientific-military conflict Plot.** The main character/hero leaves former life, joins a special soldiering outfit, and ends up in a major battle in a forest of gargantuan trees/bioluminescent plants, while also soldiering alongside a select group of scientists/technologists. AQUATICA states "Commander Gato served in the Tech Corp under my father before he decided to join the Nautical Corp."

39. **Battle for Resources.** As in AQUATICA, AVATAR soldiers and scientists -- people who want to use resources and nature for good -- fight against those who seek to exploit the resources for destructive ends.

40. **Genetically Created and Engineered Beings: (AVATARS v. BIOLOGICALS)**: In AVATAR, the Avatar is *genetically engineered and controlled* via technology when sent out on missions. In AQUATICA, creatures are *genetically engineered* ("Biologicals") Key characters control and command these biological via headset link.

41. **Labs and Aquariums with created beings inside being observed:** At a lab in AVATAR, we see Jake's Avatar – a long leg genetically engineered creature – inside a gigantic tank filled with fluid. Jake looks on in amazement. At a lab in AQUATICA, we see the genetically engineered, "long-leg" creatures inside a gigantic tank of water. A key protagonist looks on in amazement.

11

42.   **Deteriorating relations**.  The AVATAR script states "Relations with the indigenous are only getting worse. "In AQUATICA, key characters state "Things are so very different now... he's been successful in persuading many of non-aligned city-states to join their Alliance, promising a future in which they share the power and glory. And many of them have been traditional Gavadeen enemies…And we are losing potential allies by the hundreds...It is hard to know who are our allies actually are."

43.   **Swaying towering Plants**.   In the AVATAR script "a plant with swaying tendrils…toward Jake as he passes" (page 29)   AQUATICA includes key scene with an alien plant which waves/sways in the proximity of the characters, involving giant "towering waving kelp" while another mentions "…In some locations, the plants are tangled and web-like."

44.   **Heroic Escapes with aid of plants**.   In AVATAR, the hero and heroine escape via the aid of aid of gargantuan hanging, vine-like plant.  In AQUATICA, the hero and heroine escape from an attacker with the aid of giant, hanging, vine-like plants.

45.   **Similar leaps onto enemies craft.** In AVATAR, the hero also leaps from his smaller craft and onto the enemy's larger craft to engage in combat.   Additionally, the Na'vi/protagonist clan members leap from their winged creatures onto shuttle crafts during the action sequences.  In AQUATICA, there is a major situation and sequence where the hero maneuvers his craft next to the enemy's larger craft, leaps on its deck, and combats the enemy.

46.   **Runs across ships**. Particularly, AVATAR shows the hero running across the spine of the enormous, flying dragon ship during major areal battle.  In

AQUATICA, the hero runs across flat surface of a large submarine ship during major on the ocean surface.

47.    **Reptilian grab and toss.** In AVATAR, the reptilian flying creature, grabs the villain from his craft and tosses him into the air. In a major battle situation in AQUATICA, the reptilian swimming creature/character grabs the gunner and tosses him into the sea.

48.    **Heroic flights through giant plants.** In AVATAR,   the hero flies through the giant plants. We see the enemy tailing him as he weaves through the giant plants and plant columns outrunning the enemy.  The hero escapes by artfully twisting through the gargantuan foliage.  In AQUATICA, the hero flies through the gargantuan plants. We see the enemy tailing him as he weaves through the giant plants and plant columns outrunning the enemy.  The hero escapes by artfully twisting through the gargantuan foliage.

49.    **Gargantuan bioluminescent flora**.  In the AVATAR, a key aspect of the story is a battle for land containing gargantuan, bioluminescent flora. In AQUATICA a key aspect of the story is a battle over a canyon which contains gargantuan bioluminescent flora.

50.    **Similar Vehicles and Flight Patterns.**  In AVATAR, we see characters on soaring winged creatures, zooming between the gargantuan tree branches, while in AQUATICA we see characters in crafts and soaring machines, zooming between the gargantuan tree branches.  In AQUATICA we see a craft, flying among the colossal plants in the alien rainforest which "…bolts forward, zipping between the plant's branches." We also see the hero's craft as it "…weaves between the Plant columns and through a maze of branches." Also, during a sequence inside a bioluminescent rainforest of gargantuan redwood tree-like plants we see ""The pack of Quantum Torpedo ("QTs") swish through the water,

sailing around the Plants, intently forging ahead. A QT releases its first chamber and bolts forward, zipping between the plant's branches"

51.  **Missiles and tree explosion.**  In AVATAR, there are several situations where the villains fire missiles at a mountain-size, giant tree which detonates in a massive explosion.  In AQUATICA, we see weapons (torpedoes) crashing against gargantuan trees and exploding.  The AQUATICA script states that the torpedo "smashes into the side of the…tree" and detonates in a massive explosion.

52.  **Nose dive down side of gargantuan tree.**  In AVATAR, the heroes' winged creatures do nose dive down the sides of gargantuan, plant covered wall. In AQUATICA, the hero's craft "does a nose dive" down the sides of a gargantuan plant pillar. Moreover, there is a situation/action in AQUATICA where we see the fleet "…approaching a massive cliff that drops into the canyon... they descend downward…"

53.  **Rock Formations.**  In AVATAR, major battle situations take place in the midst of gargantuan rock formations. In AQUATICA, there are several battle situations amidst gargantuan, mythic rock formations.

54.  **Plant Net versus web of kelp.**  In AVATAR, "the hunters drop a net of woven vines behind Neytiri and... The samson hits it hard. The net fouls the ship, flipping it backwards. It crashes upside down to the forest floor. In AQUATICA, vessels are caught inside a web of kelp and a vessel crashes down to the jungle floor. As detailed in the AQUATICA script, "In some locations, the plants are tangled and web-like…They speed into a web of thin, giant kelp. Torin's vessel gets tangled in the kelp and is brought to a sudden halt."

55.  **Vast Mountain backdrops for flight patterns.**  In AVATAR, there are "floating mountains" while in AQUATICA, we see underwater mountains.  In AVATAR we see

14

vast numbers of crafts racing between the gargantuan, floating mountains. In AQUATICA, we see vast numbers of crafts racing between vast mountains, as evidenced in the script which states "The squadron of Gavadeen aqua-jets, racing between mountains

56. **Flights through "massive clifts".**  In AVATAR, the heroes soar past massive mesa cliff walls (for example, pages 6, 27), as script states "flying over a carpet of rainforest, past sheer cliffs and cloud-wreathed mesas" In AQUATICA, we see the hero's "vessel cruise pass *massive sandstone cliffs …*"

57. **Similar flight patterns during battle scene.**  During a key, climatic battle in AVATAR, hordes of crafts race between Pandora's floating mountains and soar between cliff walls of the floating mountains on their way to an attack. During a key, climatic battle in AQUATICA, hordes of crafts race between mountains and soar between cliff walls on their way to an attack.

58. **Similar sneak attack by heroes**.  In AVATAR, the heroes use the gargantuan rock formations as cover and also as a means to conduct a sneak attack on the enemy.  In AQUATICA, the hero and his group use the gargantuan rock formations as cover during an enemy attack and also as a means to conduct a sneak attack on the enemy.

59. **Two grenades and a drop.**  We see the hero fight villains with two grenades which mistakenly fall. In AVATAR, the hero fights villains, holding *two grenades at the same time which mistakenly drop*.  In AQUATICA, the hero fights villains, *holding two grenades at the same time which mistakenly drop.* The script states, "Torin walks into the top level of the split level room. We see that the Kinetictron machine is below in the center of the room. Across the room on a platform, stand four Gavadeens. They notice Torin and fire from their cannon guns. K-boom! Torin dives out of the way and returns

15

fire from his cannon gun. K-boom! K-boom! Three of the four Gavadeens are thrown backwards by the explosion. The fourth falls over the balcony. *Torin pulls out two grenades. As he is about to pull their latches, a cannon gunshot lands behind him and explodes. Torin falls. He drops the grenades…"*

60.    **Rousing speeches before final battle.** In AVATAR, the villain gives a rousing speech to his troops before the final battle. In AVATAR, the lead villain explains that they are fighting for their survival. In AQUATICA the villain gives a rousing speech to his troops before the final battle. Additionally, AQUATICA's lead villain explains that everything hangs in the balance. As the lead villain in AQUATICA script states: "Everything you and I have labored for hangs in the balance, so you know what you must do." Both speeches build to a climax in forests of gargantuan trees and foliage.

61.    **Rigging of vehicles with weapons for final battle.** In AVATAR, the villain's shuttles are rigged as bombers before final battle. In AQUATICA, the villain's vessels are rigged with quantum torpedoes final battle.

62.    **Escorted fighting craft.** In a major AVATAR battle, we see large areal craft with an escort of gunships. In AQUATICA, we see a large submarine with escort of gunner submarines and/or mini-subs.

63.    **Low level craft maneuvering.** In AVATAR, crafts soar and maneuver between the canopy and the forest floor because the trees are so enormous. In AQUATICA, crafts soar and maneuver between the canopy and the forest floor because the tree-like plants are so enormous.

64.    **Unity and alliances to help defeat enemy.** In AVATAR, the heroes' actions cause the united clans to rise up, fight and defeat their powerful enemy. Concerning the battle

16

against the villain's soldiers, the script says" We rode out to the four winds. To the horse clans of the plain, to the Ikran people of the mountains. When Toruk Macto called them, they came." In AQUATICA, the heroes' actions cause the united islands and cities to rise up, fight and defeat their powerful enemy. AQUATICA's script states: "The news of your victory has birthed new resolve to finish the warlords in every city of the League." It continues: "Headquartered in the island city Brodaria, we, the enemies of the warlords, formed an alliance named after the island, called the Brodarian League, a compact of island and underwater cities committed to ending warlord powers."

65.   **Explosion and downward jettison.** In AVATAR, we see a key character place himself within a machine as the larger craft is about to explode. He jettisons downward from bottom of the larger craft as it explodes above, barely escaping. In AQUATICA, we see a key character place himself within a machine as the larger craft is about to explode. *He jettisons downward from bottom of the larger craft as it explodes above, barely escaping.* AQUATICA states "As Torin's submersible continues its descent... the submarine detonates...The immense explosion engulfs the...aqua-jets...We see Torin's tiny submersible rapidly descending, narrowly escaping the explosion's destruction and force, then comes to a slow halt."

66.   **Similar exchanges and discussions of terrain data.** In AVATAR, Jake gives Quaritch terrain data to fight his opposition, the Na'vi. As the script states, there is a meeting in the Ops Center where "Grouped around a table are Jake, Colonel Quaritch, Selfridge and few engineers and officers. Jake is talking them through plans he's made of Home tree's inner structure." Jakes says "You've got outer columns, then a secondary ring here, and an inner ring. Then a core structure, it's like a spiral, that's how they move up and down." Quaritch

17

replies by saying: "*I'm going to need accurate scans of all these columns.*"   In AQUATICA, the hero says to a key character "I would like your terrain data and geological maps of the surrounding region."   Later the key character gives the hero the terrain data and says "Concerning, the files of the geological terrain data, no other maps of this region are as precise and recent. They contain detailed maps of the region's waters — the sea floor, sea-jungles, vegetation, and canyons. It may take you some time to analyze them, but I'm sure they will be of great help." Thus, the key character, Lord Rane, gives the hero terrain data that turns out to be integral in helping him fight his opposition.  As in AVATAR, a related event in AQUATICA shows the characters viewing the terrain data like this: A key character states that "I have been assessing the details" of the *terrain data*. Next we see "a three dimensional representation of the ocean floor, revealing vegetation and kelp forests, a canyon, and rock surfaces." The result is a major battle in a rain forest of gargantuan, bioluminescent red wood tree like plants which is similar to the sequence of events in AVATAR.

67.     **Large rocks and overgrown rain forests.**  In AVATAR "…enormous islands of rock are hovering a half mile above the ground. They are overgrown with rainforest, and straggly beards of vines hang down beneath them. Waterfalls stream down the sides and dissolve into spray at the bottom." AQUATICA has gargantuan, mythic rock formations versus "enormous islands of rocks." The heroes traverse a "vast, mountainous underwater canyon with jagged canyon floor, and deep drops."  Part of this "islands of rock" canyon is also overgrown with rain forest as revealed in the AQUATICA script: "A vast cathedral of an underwater rainforest of bio-luminescent redwood tree-like vegetation.   The place is an underwater forest with a rock roof and rock walls. The plants grow from the floor into the

rock cavern ceiling." AQUATICA also describes another area of rocks "overgrown with rainforest. It states "sea jungle also contains the huge red wood-like bioluminescent plants, but they are much thinner. A second plant, large, waving, and kelp-like plant hangs from the ceiling and grows from the bottom. In some locations, the plants are tangled and web-like. Torin jets along the outside of the plant forest along the jagged rock wall."

68. **Bioluminescent backdrops**. In AVATAR, "Neytiri and Jake move through the night forest, surrounded by galaxies of shimmering bioluminescence." In AQUATICA, we see the hero and heroine moving through a vast rainforest of *bioluminescence.* The AQUATICA script states "ext. underground-a vast cathedral of an underwater rainforest of *bio-luminescent redwood tree-like vegetation.*

69. **Vines that trapped or wrap trees versus plaints.** In AVATAR, "Thick vine-like trees have trapped large floating boulders of unobtanium in their gnarled grip" while AQUATICA describes a forest of gargantuan, redwood tree-like plants where we see "a thick vine that wraps around several plants…"

70. **Similar nose dives by heroine versus hero.** In AVATAR, "Neytiri leads an *arcing dive* around the flank of Mons Veritatis. The scenery is stunning" while in AQUATICA the hero "*does a nose dive and cuts around*" a gargantuan plant pillar. AQUATICA states while riding his winged craft, the hero "makes a hard, hairline right upward and makes a U-turn around a plant pillar."

71. **Distinctive hunting predators.** In AVATAR, we see a predator called "a diving Leonopteryx" that hunts down the hero; while in AQUATICA see a sinister looking slayer called a Quantum Torpedo that hunts down the hero. AVATAR includes a sequence where "A Leonopteryx in a delta-dive, whistling straight at him. Like a banshee, only

19

several times larger, it is the king predator of the air." In AQUATICA, quantum torpedoes (QTs), track and destroy torpedoes with artificial intelligence, also called "*sinister looking slayers*," zoom straight at the hero as the script demonstrates

72. **Scientific assessments of the enemy's flight strength and aerial attacks.** After Jake confronts the predatory Leonopteryx in AVATAR, he ponders images Grace has called up at her workstation--science graphics of the Leonopteryx. Trudy and Norm are crowded around as well. Grace says "The Great Leonopteryx is the apex aerial predator..." After the hero confronts the "sinister looking slayers in AQUATICA, the script says " Wearing a headset connected to her computer, *Octoria sits at her workstation* in front of her monitor…On her display monitor, Octoria views a blueprint with texts on the QT (quantum torpedo)." She says "the aspect that gives it its unique quality to hunt and tail a target should be the same."

73. **Close craft patterns.** In AVATAR, "Neytiri leads Jake in a sharp bank, skimming close to the cliffs" while in AQUATICA, we see Torin's craft skimming close to the gargantuan plant pillars and rocky cavern wall. In AVATAR, we see Jake yank "into a hair-pin bank, right through a gap between two huge branches." In AQUATICA, we see "Two quantum torpedoes, speeding side by side, streak toward Torin's vessel. The vessel weaves between the Plant columns and through a maze of branches."

74. **Similar use of power detonators to cause explosions at location of targeted resource.** During AVATAR, in an effort to destroy Home Tree which will allow access to the resources beneath it, we see "blasting techs are setting radio-detonated primer charges into two-ton stacks of explosive compound. The stacks are band-strapped together on pallets. In AQUATICA, when the hero seeks to *destroy a cave/facility beneath the ocean floor*

*which houses key resources,* the hero says "Have our people set up all available high *powered detonators."* Moments later we see "…squad members running through the corridors laying detonators…. in the other corridors. We see the team members darting around and laying explosives.

75.    **Soldier escorts of Tech characters.**  In the AVATAR, soldier escort the scientific Sorties while.  In AQUATICA, the Tech Corp sub has soldiers and aqua-jet escorts to assist them with missions.

76.    **Common selection of soldier to work with Scientific or technical unit.**  In AVATAR, Jake is chosen to soldier with the science team, as the script states "A Marine we can use. I'm assigning him to your team as security escort."  In AQUATICA, the hero is chosen to soldier with and defend the Tech Corp team because of his military skill.

77.    **Teaching of locals and common subject of peace.** In AVATAR, Grace and her team work and teach the locals in an effort to engender peace between both sides.  In AQUATICA, the scientists – Dr. Hillia and the Technology Corp - work with and teach the locals to bring about peace between two opposing sides. The AQUATICA script says: "We were going to show everyone that by improving the quality of life in the warlord territories, we could turn things around - without all the bloodshed warring brought."

78.    **Grievances about heroes' military/soldier mindset.**  In AVATAR, Grace has a grievance with the hero's warrior/soldier mindset. In AQUATICA, Dr. Octoria Hillia has grievance with the hero's warrior/soldier mindset. The AVATAR script shows Grace stating regarding Jake *"I need a research assistant, not some jarhead dropout... The last thing I need is another trigger happy asshole out there!""* In AQUATICA, Dr. Octoria Hillia has grievance with the hero's warrior/soldier skill set, as the script states *"But come*

*on Torin, you're known throughout the League as the Brodarian League's Warlord! And they call your unit the Death Battalion."*

79. **Unity and Collaboration.** In AVATAR, Jake unites the clans. In AQUATICA, the Lord-Chancellor Orkham united the clans. AVATAR script also states: *"Toruk Macto was mighty -- he brought the clans together in a time of great sorrow. All Na'vi people know this story"* while in AQUATICA, the Lord Chancellor Orkham brought the islands and underwater cities together at time of great crisis. Additionally, Torin helps to bring the island and underwater cities together, united them in new resolve to defeat villains.

80. **Literary accomplishment with lead scientists.** In AVATAR, lead scientist Grace is renowned for her writings, as the script states "Grace Augustine is a legend. She's the head of the Avatar Program, and she wrote the book -- I mean literally wrote the book -- on Pandoran botany." In AQUATICA, Dr. Hillia is renowned for his writing, as the script states "You are my guest of honor here Dr. Hillia. I have great respect for your mind. It's one of the greatest minds of the millennium. I realize that. And I know you are the League's intellectual foundation. I have read all of your writings."

81. **Enemy chase and escape through giant foliage.** In AVATAR, the hero flies through the giant plants. We see the enemy tailing him as he weaves through the giant plants and plant columns outrunning the enemy. The hero escapes by artfully twisting through the gargantuan foliage. In AQUATICA, the hero flies through the gargantuan plants. We see the enemy tailing him as he weaves through the giant plants and plant columns outrunning the enemy. The hero escapes by artfully twisting through the gargantuan foliage.

82. **One arm grasp of hero and shooting of villain before killing of hero**. In AVATAR, a larger sized villain, thanks to his body armored amp suit, lifts up the hero with one arm,

22

reaches for his weapon with the other, but is struck by another weapon before he can kill the hero. In AQUATICA, a body armored, larger sized villain, lifts up the hero with one arm, reaches for his weapon with the other, but is struck by another weapon before he can kill the hero.

83.    **Common battle scene where soldiers and scientists fight enemy.**    In AVATAR, soldiers and scientists come together to combat a powerful enemy.    There are scenes where soldiers and scientist fight the powerful enemy inside a gargantuan, alien-like forest filled with mountain sized trees. In AQUATICA, there are scenes where soldiers and scientist fight the powerful enemy inside a gargantuan, alien-like forest filled with mountain sized trees.

84.    **Both heroes speak at "Eastern Seas."** AVATAR, the hero goes to the Eastern Sea and to the "…people of the Eastern Sea" where a large crowd of the people of the Eastern Sea stand with him on the shore as he speaks to them. Moreover, a leader of "…people of the Eastern Sea" stands near him. In AQUATICA, the hero goes to the *"Eastern Sea"* and to the people of the Eastern Sea at an island where a large crowd of these people stand with him on the shore as he addresses them.    Three leaders stand near him.    The AQUATICA script states "title card: *The Eastern Sea War Zone…A fleet of Brodarian League aqua-jets cruise through the waters in attack formation…. At the helm…is Major Torin Gato."* While still in the Eastern Sea War Zone, the script states "The shore is crowded with hundreds of people of all ages — men, women and children — all standing quietly but eagerly. In the distance, behind the tree lined shore, stands a city…Torin stands in front of the three officials and salutes." He then says "The last of the… warlords in these waters has been deposed."

23

85.   **Three dimensional representations of forest and/or vegetation.**   In AVATAR, we see a three dimensional representation of the forest at the headquarters/base of operations. In AQUATICA we see a three dimensional representation of the vegetation and kelp forests, a canyon, and rock surfaces at the characters' base of operations.

86.   **Winged flights.** In AVATAR, characters on winged creatures "swoop between hanging vines" while in the bioluminescent jungle in AQUATICA containing "a …large, waving, and kelp-like plant hangs from the ceiling." We see key characters in winged crafts speed into and through the large plants hanging from the rock ceiling.

87.   **Common use of term "pillars" as per tree/forests.**   AVATAR mentions a tree with "a base of massive mangrove-pillars" while AQUATICA describes forests as having "*giant plant pillars.*"

88.   **Hordes of craft racing through mountains in attack mode.**   During a key, climatic battle in AVATAR, hordes of crafts race between Pandora's floating mountains and soar between cliff walls of the floating mountains on their way to an attack. During a key, climatic battle in AQUATICA, hordes of crafts race between mountains and soar between cliff walls on their way to an attack.

89.   **Cavity filled with enormous trees.** In AVATAR, there is an enormous cavity filled with enormous, alien trees.  As a version of the AVATAR script explains "the well of souls is a deep caldera 100 meters across. It is ringed with enormous willows whose roots seem to pour down the sheer rock walls."  In AQUATICA, there is an enormous cavity filled with enormous, alien trees.  As the AQUATICA script explains, the story involves "…a vast…cavity, housing a bio-luminescent forest of gigantic, green, red-wood tree like plants…"

## STRIKING SUBSTANTIAL SIMILARITIES BETWEEN AVATAR AND DESCENDANTS: THE POLLINATION
### (AKA THE POLLINATION AND/OR POLLINATION)

90. **Similar opening scenes**. Avatar begins with a view of the gargantuan, alien forest. THE POLLINATION begins with a view of the gargantuan, alien forest (Page 1).

91. **Bioluminescent flora/plant life and green bioluminescence in particular.** AVATAR contains alien, bioluminescent flora/plant life throughout the vast forest of gargantuan trees and foliage (e.g. page 75). POLLINATION includes alien, bioluminescent flora/plant life throughout the vast forest of gargantuan trees and foliage. In AVATAR, bioluminescence spreads over plant life. In particular, AVATAR states that "Rings of green light…expand outward from each footfall." THE POLLINATION details "pale *green bioluminescence*" that "spreads" while AVATAR details "Rings of green light" that "expand." "Ripples" is clearly another way of stating the same action as spreading. (Page 112).

92. **"Alien" trees and/or foliage.** The AVATAR script states "*The trees are alien*" while THE POLLINATION script states: "ext. upper treetop city – night- Primordial, luxuriant vegetation of the upper treetop canopy. Lush, splendorous terrestrial foliage textures illumined by the moonlight. Eerie, other-worldly, overwhelming, *alien in appearance.*" (Page 1).

93. **Unbreathable atmospheres.** In AVATAR, the Pandora atmosphere is unbreathable. In THE POLLINATION, the Bio-Vapor in the atmosphere is a major part of the story (e.g. pages 26, 34, 35). The POLLINATION script details the Bio-Vapor like this: "…The bio-vapor, the unique mist engulfing the Mega Forest…" (Page 26). As the script explains "…atmospheric chemists and environmental microscopists…monitor

25

everything having to do with the bio-vapor - its impact on the atmosphere and the canopy." Because of the Bio-Vapor that engulfs the Mega Forests covering the planet, *the atmosphere is toxic and almost unbreathable.*

94.   **Initial Conflict evolves into immediate defensive alliance and romance.** *In AVATAR, the hero and heroine begin their relationship in emotional and physical conflict and subsequently make peace, ending up fighting side by side. In THE POLLINATION, the hero and heroine begin their relationship in emotional and physical conflict and subsequently make peace and end up fighting side by side (e.g. pages 6-10, 50-55).*

95.   **Tribal Acceptance of Stranger Post Initial Conflict.** The gender role reversals in AVATAR were meant to conceal deception as per character development of hero and heroine by switching genders. Despite reversal of gender, the similarities remain apparent. In AVATAR, after the heroine and hero make peace, she brings him back to her group (the Na'vi) and convinces them to accept him. In addition, after the heroine heads back to home-base following their confrontation, the hero goes after her and she ends up bringing him with her to meet her group. After the heroine and the hero make peace in THE POLLINATION, the hero takes her back to his group and convinces them to accept her. Additionally, in THE POLLINATION, after the hero heads back to home-base following their confrontation, the heroine goes after him and he ends up bringing her with him meet his group (e.g. pages 6-10, 17-29, 36-40).

96.   **Patriarch and Matriarch clearance.** In AVATAR, "...NEYTIRI says, "Stop! There has been a sign. *This is a matter for the Tsahik....*" and later Jake is brought before the Matriarch and Patriarch. In THE POLLINATION, the hero has to "get clearance" from the matriarch and patriarch, by bringing Ninurta to meet them, before they can work

26

with her.  They take Ninurta to see Hadeana and Hadean to get their input, as the script states "…our most senior Descendants -- Hadeana and Hadean, sister and brother, who guide the Descendant community back home...We're supposed to get clearance on you." Afterwards, Ninurta is brought before matriarch and patriarch, Handeana and Hadean. (Page 39, page 50-59).

97.  **Matriarch support of hero versus heroine.**  In AVATAR, matriarch MO'AT grudgingly agrees that Neytiri will work with Jake:  'Neytiri will test this "warrior."  In the POLLINATION, matriarch Hadeana grudgingly agrees that Gimil will work with Ninurta and will be responsible for her (page 55).  THE POLLINATION script shows this: Gimil says "I learned on the job. She can learn on the job."  Hadean (the pollinator patriarch) responds by saying "You were under us. She won't have that advantage out there with you and Mitanni. I'm against it…"  However, matriarch Hadeana says, "If we decide against him, he's going to follow his own mind…I am going to support you on this because you're going to go your own way and do what you think is right  regardless of what my brother and I say."  (pages 54-55)

98.  **Matriarchal assignment of responsibility over heroic stranger character**.  In AVATAR, the matriarch Mo-at tells Neytiri:  "Daughter. You will teach him our way, to speak and walk as we do… He is your responsibility."  In THE POLLINATION, the Matriarch Hadeana agrees that Gimil, the hero, will take responsibility for Ninturta, the heroine to help and work with her (e.g., pages .51-59).  The matriarch and Patriarch give decide to allow the hero to teach the heroine. He tells her he will "get you ready

99.  **X winged structures.**  Banshees -- flying, winged creatures in AVATAR the movie -- have a unique, horizontal X-wing structure.  Additionally, the script states ". The

air battle is joined. Jake's great Leonopteryx flairs into its signature crimson X shape**(pages 132-133).**   In POLLINATION, the winged crafts also have a unique, horizontal X-wing structure, as the script states "He looks up to see unique X-wing aircraft called a canopy crawler-sleek, black with raised insect like wings - more than an aircraft, it is especially designed to navigate the Mega Forests…" (Page 11).

100.   **Spiritual connections to environment and reincarnation.**   In AVATAR, the Navi' believe their life feeds off the power of the planet Pandora and the great tree. Eywa has great power over all living things in AVATAR (page 53) as the script states "Who's Eywa? Oh, only their deity. The Great Mother. The goddess made up of all living things." THE POLLINATION script states that the Pollinator tribe is inextricably linked to the Bio-Vapor, feeding off it.  The Bio-Vapor, a mist that engulfs the mega forest, is emitted by plant life and trees, and resides inside the trees.   When Pollinators die, their bodies aerosolize and pass on into the Bio-Vapor.   The Bio-Vapor nurtures plant life, while the Pollinator tribe very life feeds off the Bio-Vapor, which is released by the Trees and the soil.   According to the Pollinators, "…the bio-vapor has power over all living things on earth and in earth. In AVATAR, people die and join Eywa in the Tree of Souls within the forest.   In POLLINATION, people die and join the Bio-Vapor.  (page 37).  AVATAR states "…She must pass through the Eye of Eywa -- *and return* (page 120)…He looks up into the tree. The hanging tendrils undulate softly. It's easy to imagine a *presence*…If Grace is there with you -- look in her memories" (page 128).   In POLLINATION, Pollinators aerosolize when they die.  Flytrap, the leader of the Pollinators, attempts to aerosolize to merge into the Bio-Vapor which emanates from the trees and return.  The

script states, "My body will aerosolize, merge with the bio-vapor and become stronger. *I will re-emerge from the Bio-Vapor…"* (page 35)

101.    **Tribal matriarchs and patriarchs, 50ish matriarch, ancestral connections and ancestral memories.**  In AVATAR, the Na'vi is led by 50ish matriarch and patriarch Eytukan and Mo'at, an older man and older woman, with unique insights, gifts and a special connection to the ancestors.  In AVATAR, the matriarch Mo'at is described as "a severe woman in her 50's."  In THE POLLINATION, the script states "Hadeana is…Early fifties and exotically beautiful."  (Page 51). In THE POLLINATION, the  Descendants led by 50ish matriarch and patriarch, Hadean and Hadeana, have unique insights, gifts and a special connection to the ancestors. The hero explains that everyone who is in the group called Descendants are able to access memories of ancestors. As the script says concerning the ancestors: "…As Descendants, we inherited their knowledge and can access their memories." However, the script goes on to say that: "Hadeana and Hadean's genetic memory goes back the farthest…"  (Page 74).   Later we see them accessing the ancestor's memories to solve a problem and obtain vital information concerning their fight against the villain (pages 74-75).

102.    **Matriarch and Patriarch observation and validation of special attraction and relationship between hero and heroine.   Similar character development.**   In AVATAR "Mo'at and Eytukan follow their look, seeing the obvious connection" between Jake and Neytiri. In THE POLLINATION, Hadean and Hadeana see a connection between Gimil and Ninurata.  Hadean, the matriarch says of Gimil and Ninurta "…you share an experience that connects you…" (Page 54).

103.   **Similar scenes. Lush exotic gargantuan plant life.** AVATAR is set on a lush, exotic world covered by gargantuan, alien flora and super trees in a forest of giant trees/tree limbs, vast foliage, giant vines and leaves. THE POLLINATION is set in a lush, exotic world covered by gargantuan, alien flora and massive super trees in a forest of giant trees/tree limbs, vast foliage, giant vines and leaves (Page 1 and throughout script)

104.   **Common ancient counterpart/mentors.** In AVATAR, Jake, the hero has an ancient counterpart called Toruk Macto, who was ancient warrior, while in THE POLLINATION, the hero as an ancient counterpart who was also an ancient warrior. (Page 127-128).

105.   **Futuristic trains.** Early on in AVATAR script, elevated futuristic trains are shown as part of the life of the city. Early on in POLLINATION, elevated futuristic trains are shown as part of the life of the city. AVATAR states "He stares upwards at the levels of the city. Magtrains roar overhead" (page 3) while in POLLINATION "...suspended trolley car like trains travel to and fro between the cities."(page 40)

106.   **Human insertion of genetic designs.** In AVATAR, the humans insert their genetic design with the AVATAR bodies. In Descendants: THE POLLINATION, key characters insert their genetic design with the foliage. There is a scene we're a character in The Pollination says "We're going to insert our genetic design with the foliage." (e.g. Page 112)

107.   **Near killing of main character until manifestation of sign and corresponding revelations and "connection."** In AVATAR, Neytiri says concerning the hero "I was going to kill him, but there was a sign from Eywa." In THE POLLINATION, Ninurta was going to kill Gimil until she saw his markings, which we learn are a sign of their

30

ancient connection.  The script states: "Gimil looks in amazement at her forearm, which is adorned with a tattoo of glowing symbols. Ninurta looks astonishingly at Gimil's forearm, which is also adorned with a tattoo of glowing symbols - very similar and possibly, even the very same symbols...We share almost identical symbols.  Both of you know what that means...It means you share an experience that connects you somehow…" (e.g. pages 6-10, 50-55)

108.   **Similar sign messages.  In** AVATAR, we learn that the sign from Ewya connects Jake to an ancient war, giving him the ability with the "the Great Leonopteryx" which allows the hero to overthrow the villains' power.  In THE POLLINATION, we see that the sign shows ability linked to an ancient warrior that allows the hero to overthrow the villains' power. (127-128).

109.   **Appearance of mist in scene.** .AVATAR describes a wide vista like this: "mist blowing through the treetops as the morning sun burns it away. A spectacular panorama of a vast, primeval land." THE POLLINATION gives the forest a similar "vast, primeval" characterization which entails moving mist, describing the upper treetops as  "*Primordial, luxuriant vegetation* of the upper treetop canopy …Eerie, other-worldly, overwhelming, alien in appearance. *A fine, splendid mist rises*. These trees belong to the dark, dense Mega Forest dominated by tall, gargantuan, mountain-like, colossal trees."  In particular, AVATAR describes the mist as "blowing" while the POLLINATION describes the mist as "rising."  (page1)

110.   **Sunlight to moonlight.**  In AVATAR, the script says "Sunlight streams down through gaps in the towering vault." The AVATAR script also shows a scene describing the colossal tree filled forest like this: "up angle tracking among the trees, the sunlight

31

shafting down like light in a cathedral," while in THE POLLINATION, "moon rays streaking between leafage of the colossal trees sending shafts of light to illumine the foliage deep sea." (Page 12).

111. **Crackling from gargantuan foliage.** In AVATAR we see "Some of the hanging vines are brushing over the upper branches of the beanstalk with a crackling hiss" while THE POLLINATION shows: "crackling as the ship moves through the foliage." (Page 12).

112. **Large environmental terrain and common use of term "prop up"**. In AVATAR, Hometree is large enough *to prop up* an entire village. In THE POLLINATION: "It is clear that these Mega Forest trees - large enough *to prop up* cities" (page 1).

113. **Common leadership interpretation of ancestral memory**. In AVATAR, Mo'at interprets the will of the powerful Eywa, including a place which holds the ancestors' memories. In THE POLLINATION, Hadeana and Hadean interpret "Semblances," memories and inherited knowledge from the ancestors. (pages21, 74-75)

114. **Blue skin/green skin**. In AVATAR, the protagonists go from human to a physical manifestation as a Navi with blue skin. In THE POLLINATION the Pollination Order goes from human to another physical form as Pollinator with green skin that is filamentous. The script details this: "The" skin" on the Group of Pollinators is green, filamentous -- *scummy patches* on their faces seemingly percolate with bubbles... Girth takes on Pollinator form..." (Page 1). "The Pollinators take on form with green filamentous skin with bubbly scummy patches" (page 112).

32

115.   **Battle scenes on limbs/branches.**  In AVATAR there are action sequences where crafts fight among the giant trees and gargantuan tree limbs.  In THE POLLINATION, there are several action sequences where the Canopy crawlers and other crafts fly fight among the giant trees and tree limbs (e.g. page 12). As the Pollination script details, "dashes between the gargantuan, monstrous branches of the super sequoias and through…alien, otherworldly plants, diving downward…moon rays streaking between leafage of the colossal trees sending shafts of light to illumine the foliage".

116.   **Common climbing up side of gargantuan trees/ tree trunks**.  In AVATAR, we see hunters climbing up gargantuan trunks.    In POLLINATION we see Pollinators climbing up gargantuan trees.  AVATAR states "200 meters up the beanstalk, the hunters nimbly climb along the vine-trunks" (page 70) while POLLINATION states describes a scene inside the forest of gargantuan mountain like trees: "Below, Pollinators…climb up side of the trees as if they were spiders ascending a wall" (e.g. page 114)

117.   **Common aerial (suspended) walkways linking mountainous forest structures.**    In AVATAR characters cross an aerial walkway connected to foliage covered mountains.  In POLLINATION characters cross an aerial walkway connected to foliage covered mountain-like trees. AVATAR states: "Ext. mons veritatis – day tiny figures cross a causeway of vines connecting a small island of unobtanium to the main mass of Mons Veritatis" (page 70) while inside the forest of gargantuan mountain-like trees that are alien in appearance in POLLINATION "Gimil and Ninurta descend over down on small network of suspended walkways with cabled net walls. In the trees linking the walkways, the freakish flora grows…"

118.   **Reclining on leaves and plants.**   In AVATAR, characters recline in a plant life be which resembles elongated leaves, while characters recline in elongated leaves in THE POLLINATION.   The script states "We see a water lily pool cluttered with green lily pads.   Peppered between the lily pads are large-sized, long leaves whose ends disappear into the water…A large, elongated leaf rolls and we see that it is actually a pod. We see the leaves open up like expanding wings of a raptor. We see the figure of a Pollinator in roll out." (page 89)

119.   **Glowing seeds as sign of specialness**.   In AVATAR, glowing seeds reveal the specialness of the hero. In the AVATAR script: Woodsprites (glowing seeds)...More sprites come, landing all over his arms, hands, body..."   In THE POLLINATION, glowing seeds signify the specialness of the hero/heroine (pages 127-128).   AVATAR theatrical release, "seeds of the Sacred Tree" are glowing seeds that are a sign that Jake -- the hero – is special.   The script calls them "…Seeds of the Great Tree..." In THE POLLINATION, glowing seeds are a sign that the hero and heroine are special.   The glowing seeds were later revealed to be seeds of an entire, new forest of great trees (page 135). It is notable that woodsprites look like dandelion seeds but act like insects.

120.   **Similar descending of seeds with grace.**   In AVATAR seeds descend with celestial grace when it is revealed that Jake is chosen for something special.   The POLLINATION has a sequence where seeds descend from the trees "with celestial grace" as described in the script.   As explained in the screenplay, "A swarm of large long-tailed single seeds descend through the foliage construct with almost a celestial grace of motion. (Page 117).

121.   **Circular forest life forms spinning around hero and heroine**.  In AVATAR, a horde of flat, spiraling life forms spinning around the hero and heroine.   In particular, the AVATAR script says "night -- they enter a clearing filled with chest-high ferns.  Neytiri signals him to move slowly. They approach a creature on one of the ferns. An ugly, stick-like lizard-thing perched on a frond. As he approaches --snap! A long spine whips in a circle, unfurling a bioluminescent membrane -- a disk a meter across, opening like a Chinese fan. It flies off, a living Frisbee. The fan lizard floats across the clearing. 65. Neytiri plunges among the ferns with a sharp cry. An explosion of color as dozens of fan lizards takes flight.  THE POLLINATION script describes "In the tree foliage.  We see hordes of single seeds with long, flat plant tails." In The POLLINATION,  spiraling, flat, long tailed seeds, spin around the hero and heroine (e.g. page 112, 116-117). As the script states: "Attached to the freakish flora are enormous single seeds - seeds with two long tails…Above them are hordes of the large single seeds."   The script goes on to say "Hordes of enormous single seeds break from branches and spin downward…A swarm of large long tailed single seeds descend through the foliage construct with almost a celestial grace of motion.  Gimil and Ninurta begin dodging them and scurrying out of the way." Page 117 says of the spiraling foliage "Hordes spin down through the leafage."   Pages 116-118 all detail these phenomena.

122.   **Fire-like insects land on main characters' bodies in large numbers.**   In the AVATAR script: Woodsprites (glowing creatures) circle around them, some alighting on their shoulders and arms.   The official AVATAR script states"...*More sprites come, landing all over his arms, hands, body...*"  In THE POLLINATION, hordes of glowing fire-flies land on the Pollinators.  Firefly-like insects land on various writhing bodies. We

see insects landing on a key character.   In the mist, we see silhouettes of bodies writhing… the bodies move in ecstasy, *while the fire-fly like insects, seemingly dance all over and around them*  (page 77).

123.   **Access to ancestral memory**.  Characters in AVATAR access the wisdom of their ancestors by plugging the ends of their braids into a tree.  Characters in THE POLLINATION access the knowledge and memories of their ancestors through a process called "semblances" via connecting forearms, for example.  (e.g. pages 21,22)

124.   **Similar heroic plot development**.  The hero in AVATAR helps the Na'vi fight a powerful villain who seeks to destroy the weaker Na'vi.  In THE POLLINATION, the hero and heroine fight the Pollination Order, a powerful force that seeks to destroy the weakened populace of the Mega Forest cities.

125.   **Forest based death and transformation.**  In AVATAR, the Trees give power to the Navi' tribe.  When the Navi die, they "live within Eywa" and the "Tree of Voices."  In THE POLLINATION, a Bio Vapor released by the forest, gives power to an ancient tribe. When the Pollinator tribe dies, they pass on into and merge with the Bio Vapor which engulfs the Mega Forest trees.   We see this in the script "…Which brings us to the new power Pollinators have developed -- aerosolizing into the air like spray from a can minutes after they die.  It feeds the Bio-Vapor." (Page 77); "My body will aerosolize, merge with the bio-vapor and become stronger. I will re-emerge from the Bio-Vapor and retake my original form." (Page 35).

126.   **Re-emerging new body versus new body part.**  In AVATAR, a character passes inside a tree and re-emerges in another body. In THE POLLINATION, the Bio-Vapor is a unique mist which emanates from the trees.  A character states that "My body will

aerosolize, merge with the bio-vapor and become stronger. I will re-emerge from the Bio-Vapor…" Also, similar to AVATAR, this character was also paralyzed, used a wheel chair and was seeking a new body, which inherently would result in his legs getting stronger, allowing him to walk.

127. **Common plots: attacks on plant life and aggressive military pursuit of resources**. In AVATAR, the villains attack the forest of the Navi' to obtain a key resource. In the POLLINATION, the hero's attack the plant life of the villains, while the villains attack key and significant gardens created by the heroes to obtain a key resource. In AVATAR, the antagonists seek a key resource possessed by the protagonists. The villains attack the plant life to acquire the resource. In THE POLLINATION, the villains seek a "natural" key resource possessed by the protagonists and attack their plant life to obtain it.

128. **Final conflict in deep forest.** AVATAR's hero and the villain engage in one final conflict deep in Pandora's giant forest. During THE POLLINATION's last act/ending, the hero and the villain engage in one final conflict in deep the Mega Forest.

129. **Sprawling twisted trees/plants into the sky.** In AVATAR, there is a key scene as with "twisted vine-trunks. This is some sort of freak natural occurrence -- like the mythical beanstalk, going up into the clouds." In AVATAR, "Jake looks up at the beanstalk going into the clouds. … In the POLLINATION, "Anther looks down. We see the trees are "almost in the in the stratosphere." Their trunks extend downward then get lost in the foliage and whirling mist below. Additionally, the POLLINATION script contains a key plot point where the characters look up and see "the gargantuan trunks of the Mega Trees stretching up into the sky."

37

130.   **A common blanket of green**.   In the official AVATAR, a character drops past "A blinding blizzard of green."   THE POLLINATION includes an action scene where characters speed over foliage, as the script states roaring chorus of engines as several submersibles - the same retrofitted Japanese Ohkas are speeding over the tree tops. The foliage beneath is a speeding blur of various greens (page 118).

131.   **Characters plummet into forests.**   On Pandora in AVATAR, also characters plummet into the forest during major action sequences. In THE POLLINATION, key action sequences involve characters plummeting and crashing down into the Mega Forest foliage.

132.   **Glowing seeds identify and characterize lead characters.**   In AVATAR, glowing seeds identify and separate the hero from all other characters.   In THE POLLINATION, glowing seeds identify and separate the hero and heroine from all other characters.

133.   **The passing of a bowl of liquid at similar gathering places.**   In AVATAR, "A bowl of some kava-like intoxicant is passed around" at Hometree commons, a gathering place for clan members.   In THE POLLINATION, the protagonist receives a bowl of medicinal tea at a gathering place for  Descendants' members (page 68-70).  As the script states "He scoops the hot water out with the wooden dipper and pours it into the small bowl containing the tea, which takes on a unique orange glow…then decorously passes the bowl to Ninurta."  "The tea is made from a combination of upper treetop, seeds, roots, and leaves." (Page 67).

134.    **Transformation and lighting.**  In AVATAR the clan moves together in a trance like state as they endeavor to transform a heroine from a human body to her Avatar body. While the clan writhes, the blue skin of the Na'vi is bathed in light.  In THE POLLINATION, we see the Pollinator clan writhing together, bodies moving in ecstasy as they endeavor to complete a transformation of themselves and forest life.  While the clan writhes, the green skin of the Pollinators is bathed in light.  As the script states "of bodies writhing in the pool. Glowing green eyes become a blur as the bodies move in  ecstasy, while the fire-fly insects, seemingly dance all over and around them" (Page 77). The aforementioned scene in AVATAR is strikingly similar.

135.    **Location of mass concentration of phenomena and protective facility established.**  In AVATAR, the heroes locate a massive concentration of a phenomenon in the alien forest and place a facility at the site for a last major stand.  In THE POLLINATION, the heroes locate a massive concentration of a phenomenon in the alien forest and place a facility at the site for a last major stand.

136.    **Scientific sampling and studies.**  .In AVATAR, key story situations and character actions involve the scientists taking and studying samples from the alien forest of gargantuan, mountain size trees and freakish flora.  IN THE POLLINATION, key story situations and character actions involve the scientists taking and studying samples having to do with the alien forest of gargantuan, mountain size trees, bio-vapor and freakish flora (pages 11, 38, 70-72, 76-79). Such samples and sample taking include collecting "airborne aerosols…Skin cell fragments from a dead Pollinator... pollen from the Mega trees…Insect parts…a pyxidium, a seed vessel" and "seeds."

137.   **Scientists and soldiers join forces inside gargantuan forest**.  In AVATAR, soldiers and scientists work together to fight a powerful enemy, including character actions and situations where soldiers and scientist fight the powerful enemy inside a gargantuan, alien-like forest filled with mountain sized trees.  In THE POLLINATION, soldiers and scientists work together to fight a powerful enemy, including character actions and situations where soldiers and scientist fight the powerful enemy inside a gargantuan, alien-like forest filled with mountain sized trees. (e.g. pages 36, 49, 50-70-72, 75-80, 134 and 135)

138.   **Hero's winged craft.**  In AVATAR, the hero rides a unique, winged creature which does things no other creature can do.  This winged creature's actions are essential concerning the outcome of the conflict.  The winged creature has a unique, distinctive name. In THE POLLINATION, the hero rides in winged craft which does things no other craft can do.  This winged creatures actions are essential with respect to the successful outcome of the conflict.  The winged craft has a unique, distinctive name.  In AVATAR, the giant winged creature has a distinctive, unique name.

139.   **City/village inside a tree**.  In AVATAR, a key tribe of  Na'vi has a village inside a tree, called "Hometree" which "is 250 meters tall, with a trunk four times the diameter of the largest Sequoia..." (Page 44). The POLLINATION script shows a city inside a tree: "Among the enormous Mega Trees, the same kind that serves as pillars that uphold the canopy treetop urban landscapes, we see lights emitting from windows of a city built in the side of the tree which serves as the Pollinators base of operations" (page 14).

140.   **Covering of bodies with bioluminescent flora.**   In AVATAR, thread like bioluminescent plants cover bodies.  In THE POLLINATION, freakish flora grows over

40

the body of the hero (page 94). "A severed hand grips his shoulder and the freakish moss grows from his shoulder to his neck." Earlier we see "moss covered Pollinator bodies." In another sequence of events in THE POLLINATION, bioluminescent covered flora can be seen over human bodies, as the script states "Ext. the tree crown...bodies shriveled up like prunes with the freakish flora sprouting out of them…they sink their fingers into the bodies, which become overwhelmed with a pale-green, bioluminescent scummy filamentous covering that spreads up the tree into the branches and the foliage." It is notable that a dictionary definition of "filamentous" is composed of or containing filaments. Filaments are defined as "a very fine thread or threadlike structure." There are other examples in THE POLLINATION: "…The "skin" on the Group of Pollinators is green, filamentous… Grith takes on Pollinator form of filamentous skin and bubbly, scummy patches… We see they are green, filamentous pollinator bodies…" (Page 77)

In THE POLLINATION as in AVATAR, the filamentous plant ("very fine thread…threadlike" as described by a dictionary definition) extends over the human bodies which are essentially "fused" to the forest. The POLLINATION script states: "…The Pollinators take on form with green filamentous skin with bubbly scummy patches…they sink their fingers into the bodies, which become overwhelmed with a pale-green, bioluminescent scummy filamentous covering that spreads up the tree into the branches and the foliage." (page 112)

141. **Dangling legs from vehicle.** In AVATAR, "high over the forest, Jake grabs the edge of a weapons pod, his feet dangling over open space." In the POLLINATION, hero holds on to a vehicle, with his feet dangling high up over the forest – "His legs dangle as the canopy treetop thicket passes by as a green blur beneath" (page 122).

142.    **Strikingly similar mountains tops.** . AVATAR has floating mountains which is a recurring device in the script and movie, while the POLLINATION describes "Mountain-like trees."   It is notable that "mountain-like trees" have mountain-like tree crowns.   In particular, tree crowns of these mountain-like trees are both surrounded by whirling mist and described in one instance as being almost in the stratosphere, are strikingly similar -- physically and visually -- to floating mountains.

143.    **Sequence. New base of operations near end.**  In the end of AVATAR, the heroes set up a new base of operation on the ground deep in the alien forest of gargantuan trees. In the end of THE POLLINATION, the heroes establish a new base of operation on the ground deep in the alien forest of gargantuan trees. (Page 134-135).

144.    **Similar enemy chase of prototypes.**   In AVATAR, the heroine is pursued by enemy crafts and we her on a winged creature "zigzagging through the dangling vines..." In THE POLLINATION, enemy vessels pursue the hero who is close behind as the hero via his winged craft "weaves through the spider-like branches and vines…" (Page 13).

145.    **Similar aerial attacks and forceful vehicular slamming scenes.**   down and destruction of aerial craft.  In AVATAR, during a battle over the alien treetops, the hero's winged creature slams down hard onto the enemy's aerial craft, ultimately sending the craft downward into the forest.  In POLLINATION, during a battle over the alien-like treetops, the hero's winged creature slams down onto the enemy's aerial craft, ultimately sending the craft downward into the forest.  For example, in AVATAR,  "The pilot of the Scorpion sees nothing but jaws slamming into his canopy. Jake releases the gunship and it careens into a cliff, tearing off one rotor -- then plummets into **the** trees. There is a satisfying fireball" (Page 133)…"--k-wham!! The Leonopteryx slams the gunship, driving

42

it downward in a dive (page 134).  In POLLINATION, the hero also while in his winged craft maneuvers directly beneath Gimil.  Gimil points his gun downward firing as a defensive maneuver then slams down hard on top of craft and the driver before the Pollinator gets a shot off.  Gimil rises up and we see the driver is crushed by the force of Gimil's Ohka.  Gimil fires, raking the vehicle into a ball of smoke and flames. It spirals downward into the canopy (page 120)....Gimil's Ohka speeds over as he looks back and fires on two Ohka's tailing him.   Both swerve while firing back.  Firing, Gimil weaves in and out avoiding the shots, then pulls the joystick backwards in reverse. He slams the rear of the craft into the driver in the open cockpit   (Page 121).

146.   **Floating life like seeds flowing in the air and landing on characters versus tiny glowing fire-fly insects landing and flying off characters.**  The seeds of the Great Tree in AVATAR move and act like insects.  They are seen engaging in a wing-like flapping movement, circling in the air, landing on a character, alighting on a character, and flying off.   In the POLLINATION, by comparison, one observes glowing, fire fly-like insects, which pollinate, and help foliage to grow, flying, landing, flying off and alighting on characters.  "Glowing green eyes become a blur as the bodies move in ecstasy, while the fire-fly like insects, seemingly dance all over and around them. "Firefly-like insects land on various writhing bodies.  We see they are green, filamentous pollinator bodies with bubbly scummy patches...It is a euphoric merrick grith. We see insects landing on him..." (Page77).

147.   **Similar anatomical conduits for unique physical connections.**  In AVATAR, the tendrils are anatomical elements that allow two beings to link and share mental acts.

In THE POLLINATION, the anatomical markings similarly facilitate a unique physical connection.

148.   **Similar unique euphoric anatomical interactions from Hero to horse versus from hero to heroine ("semblance").**   In AVATAR, when Jake links his queue with the horse's antennae, they bond and the horse physically reacts.   In AVATAR "Jake bends one of its antennae down to the tip of his queue. He hesitantly touches them together and…tight shot -- the tendrils interweave. Jake's pupils dilate and his mouth drops open. The horse's eyes also go wide and it honks nervously."   (Pages 54-55).   In POLLINATION, when Gimil links markings with Ninurta, they bond and she physically reacts: "For a fleeting moment, Ninurta seems hesitant, but Gimil's approach is working. She is desperate to know about the ancient Symbols glowing on her forearm – now glowing more wondrous than ever before.   We feel the wonderment as he presses his forearm against hers, causing their Symbols to connect as if they are about to arm wrestle -- but arm wrestling is the most remote activity at this moment. He turns his hand until it is right in front of hers, then he grasps it with gentle subtlety." Gimil, "looking at her gently and intently" goes on to say: "Ninurta, brace yourself. You are about to experience the power of genetic memory. Soft light explodes from their arms..." and they then share a genetic memory.   Moreover, the script states as per the glowing symbols: "We call this kind of memory a Semblance - a common memory to all Descendants - triggered by anatomical elements unique to Descendants." (Page 24).

149.   **Similarly tight flight patterns.**  In AVATAR, we see Jake yank "into a hair-pin bank, right through a gap between two huge branches."    THE POLLINATION includes sequences where "The Physis dashes between the gargantuan, monstrous branches of the super sequoias...*the vessels jet between profoundly different and varied huge, beast-like mega tree branches* and their foliage." (Page 12).  We also see a sequence where the hero "*weaves through the spider-like branches and vines."*   (Page 13)

150.   **Flight into gloom versus flight into darkness.**   In AVATAR, the script states "...Jake snap-rolls and dives toward the forest canopy.   He *plummets into the gloom*..."(page 74).    In the POLLINATION, the heroes' craft zooms into the understory/beneath canopy unlit layers.  The script states:  "We hear the crackle of leafage as the vessel zooms through this canopy...*We're departing from the last layer of moonlit canopy layers...We see the vessel enter the canopy foliage darkness.*  (page 132)

151.   **Similar biological environmental developments**.   In AVATAR, Grace says "Something big is going on in there, biologically" (page 76).  In THE POLLINATION, key characters indicate a similarly biological development in the environment:   "... The humans will never figure out this means the Bio-Vapor is getting stronger...*the Bio-Vapor, which is affecting every level of the atmosphere may forever alter the photosynthesis process*..."  (pages 1, 15, 26)

152.   **Similar closing scenes: Heroine kissing hero, along with members of group gathered around bioluminescent great tree(s) during a transformational occurrence**. In AVATAR's last scene, we see "Ext. wells of souls...the willows glow softly. The entire Omaticaya clan is gathered, seated in a prayer circle around the Mother Tree... Neytiri removes the mask from Jake's human face.  She gently closes his dead eyes with

45

her fingertips. Then bends and kisses him" (page 150). In THE POLLINATION's last scene, the script states: "The microscopist, Ninurta, and Mitanni are at the work site with a few other Descendants.   In the distance we see the huge tree trunks of the super sequoia's stretching up into the sky. Gimil and Ninurta's eyes are locked on each other. Ninurta steps closer and leans in. She and Gimil kiss…Ninurta looks up at the new Mega Trees." (2006 script)

153.   **Common arrowhead necklaces.**   In AVATAR, Neytiri's mother has an *arrowhead shaped ornament* on her necklace, which is prominently displayed.   In THE POLLINATION, the script states "She is a woman warrior with a striking resemblance to Ninurta.   Luminous beauty. A firebrand.   Around her neck *are numerous necklaces adorned with arrowheads.* (page 127)

154.   **Symbolic natural healing of forest/ "new trees."**  In AVATAR, the forest heals after experiencing destruction.   AVATAR states "The forest will heal, and so will the hearts of the People. New life keeps the energy flowing, like the breath of the world." (Page 150). POLLINATION states "…the new trees streak upwards wrapping themselves around the trees – as if they were being painted on, overwhelming them all the way to the upper canopy.  We see the new tree branches growing over the original branches…New trees…They're overtaking over the all the Mega Trees that are releasing the Bio-Vapor….and restoring the photosynthesis process back to its former state."

155.   **Nature's resilience.**  In AVATAR, Eywa, a unique, great entity with power over the trees and the planet fights back - as initiated by Jake - against Quaritch and company. In  THE POLLINATION, a forest of great trees and the planet fight back: "If you did you wouldn't have allowed the sacred forests to be desecrated.  Due to our help the forest

46

struck back with the Mega Forest...both are now striking back. Flora and fauna and insects..." (Pages 90-91).

## COUNT I

### BREACH OF IMPLIED CONTRACT

156.    Plaintiff incorporates paragraphs 1-155 as set forth fully herein.

157.    At the time of Moore's aforementioned conversations and communications with Lightstorm regarding his copyrighted works, an implied-in-fact contract ("contract") was formed. Thereupon, Defendant(s) effectively agreed not to use Plaintiff's works without paying him reasonable compensation and affording him credit in accordance with entertainment industry customs and practices.

158.    Plaintiff clearly conditioned his disclosures to Lightstorm upon an expectation that its use of his copyrighted works would result in compensation, and Lightstorm accepted Moore's works with that in mind.

159.    A duty to pay compensation arose when Plaintiff clearly conditioned his disclosures of his copyrighted work to Defendants upon an obligation to pay, and Defendant(s), with knowledge of that duty, voluntarily accepted the information and used the idea.

160.    In releasing AVATAR to the public, and in preparing sequels and derivatives, some of which are mentioned herein, without compensating Moore or giving him any credit, defendants breached their implied contract with him.

161.    As a direct and proximate result of Defendant's wrongful act, Defendant and its agents and assigns have and will continue to be unjustly enriched, and Moore has suffered and will continue to suffer to suffer damages in an amount not yet to be determined.

## COUNT II

## VIOLATION OF FEDERAL COPYRIGHT ACT 17 USC § 101 ET SEQ.
### ALL DEFENDANTS

162.    Plaintiff incorporated paragraphs 1-161 as if set forth fully herein.

163.    Examples of substantial similarities between the Plaintiff's work and Avatar do not point to random, unprotected elements that appear in both works, but stem from distinct, detailed aspects of the copyright protected science fiction/action-adventure stories (Plaintiffs works) where action, character, settings, and character interplay are vital parts of the works.

164.    These protected similarities definitively form the basis of substantial similarity, particularly with respect to certain key, essential plot and sequences, settings, character development, dialogue, and mood and pace that are so markedly alike. Therefore, with clear basis in fact and law to support Plaintiff's claim of copyright infringement, Plaintiff seeks immediate remedy with prejudice.

165.    As a consequence of the aforementioned, Plaintiff alleges that there is a justifiable copyright infringement claim against all Defendants concerning AVATAR under 17 U.S.C. § 106, and that Fox, as the corporate Defendants, also contributory infringed upon that copyright.

166.    Defendants have infringed upon Plaintiff's copyright by its making an unauthorized derivative work—namely, the AVATAR based upon significant select segments of Plaintiff's copyrightable screenplays and through its unauthorized copying, distribution and public display of the movie, Avatar, its subsequent marketing and production of AVATAR in DVD form, through domestic and international sales thereof, related paraphernalia and through development of anticipated AVATAR sequels.

48

167.    If not enjoined, Defendants will continue to infringe upon Plaintiff's copyrighted works by continuing to advertise, market, and promote AVATAR, having released the Movie and otherwise distributed or licensed others to distribute the Movie in various formats and distribution channels; and, by distributing or licensing derivative works.

168.    Defendants' conduct constitutes intentional, deliberate and, at the very least, reckless copyright infringement in disregard of Plaintiff's rights.

169.    Defendants' wrongful infringement has caused irreparable injury to Moore, and unless this Court restrains Defendants from further use of his infringed upon copyrighted work, he will continue to suffer irreparable injury for which he has no adequate remedy at law.

## COUNT III

### FOR AN ACCOUNTING
### ALL DEFENDANTS

170.    Plaintiff incorporates paragraphs 1-169 as set forth fully herein.

171.    Plaintiff is entitled to a full and complete accounting with respect to all revenue derived by Defendants, in order to determine profits and or royalties to which he is entitled.

172.    The amount that the Defendants have collected is unknown to the Plaintiff and cannot be ascertained without an accounting.  Plaintiff is informed and believes that the amount owed to him exceeds $ 1,500,000,000.

## COUNT IV

### FOR DECLARATORY RELIEF
### AGAINST ALL DEFENDANTS

173.    Plaintiff incorporated paragraphs 1-175 as set forth fully herein.

49

174.    An actual dispute and controversy now exists between the named Defendants and the Plaintiff as to the ownership/authorship of "AVATAR."   Plaintiff contends that he should be credited and paid as creator and co-producer thereof.

175.    Plaintiff is informed and believed the named Defendants or each of them dispute Plaintiff's contention. Plaintiff, therefore, desires and requests a judicial determination and declaration regarding the parties' respective rights and obligations as per AVATAR.  Plaintiff seeks to be credited and paid as a creator and co-producer on all future broadcasts, DVD releases, licenses, etc., of "AVATAR" without exclusion.

WHEREFORE, having stated heretofore its claims, Plaintiff prays that this Court enter judgment in its favor and against Defendants jointly and severally, as follows:

A. For actual damages and profits in excess of $1,500,000,000 according to proof.

B. For a preliminary and permanent injunction enjoining Defendants from infringing further upon Plaintiff's copyrighted material in any matter;

C. An accounting as to any and all gains, profits, interest thereupon related to Defendant's infringement;

D. Declaratory relief, as appropriate, relative to Plaintiff's copyright;

E. Punitive damages in excess of $1,000,000,000.00, if and where appropriate;

F. Legal fees and costs related to bringing this case; and

G. Such other relief as this court declares appropriate and necessary.

**Dated:  Monday, December 19, 2011**

**Plaintiff demands trial by jury of all issues so triable.**

Respectfully submitted,

Donald M. Temple (#408749)
1229 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 628-1101
Fax: (202) 628-1149
dtemplelaw@gmail.com
Attorney for Plaintiff

# EXHIBIT 1



# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth
in the attached have been made a part of the
records of the Copyright Office with claim
of copyright registered under number

In testimony whereof, the seal of this office
is affixed hereto on FEBRUARY 16, 2011

PAU 1-853-245

*Maria A. Pallante*

Acting Register of Copyrights and
Associate Librarian for Copyright Services

C-731 01/2011—2,000

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA

EFFECTIVE DATE OF REGISTRATION

5 9 94
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

AQUATICA

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

SCREENPLAY + SYNOPSIS

**2**

NAME OF AUTHOR ▼ a

BRYANT TROY MOORE

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

1964/6-4-64

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ UNITED STATES OF AMERICA / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

SCREEN PLAY + SYNOPSIS

**NOTE**

[redacted]

NAME OF AUTHOR ▼ b

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1994 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK b Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

BRYANT TROY MOORE
1250 4TH ST, SW, W107
WASHINGTON, DC 20024

See instructions before completing this space.

APPLICATION RECEIVED
MAY 09 1994
ONE DEPOSIT RECEIVED
MAY 09 1994
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE / OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

RN 1 6X3 345

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**
**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**6**
**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

NONE

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**7**
**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼   **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

BRYANT TION MOORE
1250 4TH ST SW, #W107 WASHINGTON, DC 20024

Area Code & Telephone Number ▶ 202-479-0562

**8**
**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼

☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

BRYANT T. MOORE   date ▶ 5-9-94

Handwritten signature (X) ▼

Bryant T. Moore

**9**
**MAIL CERTIFICATE TO**

Name ▼
BRYANT T. MOORE
Number/Street/Apartment Number ▼
1250 4TH ST, SW #W107
City/State/Zip ▼
WASHINGTON, DC 20024

Certificate will be mailed in window envelope

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,011

# EXHIBIT 2

Certificate of Registration

Additional Certificate (17 U.S.C. 706)

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie A. Pallante*

Acting Register of Copyrights, United States of America

FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG
PAu2-808-961

EFFECTIVE DATE OF REGISTRATION

Month 7   Day 30   Year 03

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**
TITLE OF THIS WORK ▼
DESCENDANTS: THE POLLINATION

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
SCRIPT

**2**
NAME OF AUTHOR ▼
a  BRYANT T MOORE

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
SCRIPT

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

c  NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2023 ◀ Year

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   Nation

**4**
COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼
BRYANT T MOORE
5025 LaQUAN RD
COLLEGE PARK, MD 20740

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 30 2003

ONE DEPOSIT RECEIVED
JUL 30 2003

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

# EXHIBIT 3



# EXHIBIT 4

LAW OFFICES

## JAMES E. McCOLLUM, JR. & ASSOCIATES, P.C.

P.O. BOX 1717
7309 BALTIMORE AVENUE - SUITE 117
COLLEGE PARK, MARYLAND 20741-1717
(301) 864-6070, VOICE   (301) 864-4351, FACSIMILE
(301) 699-0372, TTY
jmccollum@jmlaw.net

DISTRICT OF COLUMBIA
MARYLAND

July 23, 2003

Mr. Tom Cohen, Creative Executive
Lightstorm Entertainment, Inc.
919 Santa Monica Boulevard
Santa Monica, CA 90401

Re: Descendants: The Pollination and Bryant T. Moore

Dear Mr. Cohen:

It is my privilege and honor to represent Bryant T. Moore.

As discussed, enclosed for your consideration is a screenplay entitled "Descendants: The Pollination" written by Bryant T. Moore, which we are submitting with your permission as a possible project for Mr. James Cameron.

Thank you very much in advance for reading Mr. Moore's screenplay.

I look forward to hearing from you.

Very Truly Yours,

James E. McCollum, Jr.

# EXHIBIT 5

Writers Guild of America, west, Inc.
Intellectual Property Registry
7000 West Third Street
Los Angeles, California 90048-4329
Telephone: 323-782-4500
Fax: 323-782-4803

# Documentation of Registration

The Writers Guild of America, west, Inc. issues this certificate to:
BRYANT T. MOORE

for the material entitled:
Descendants: The Pollination

by the following:
BRYANT T. MOORE - Writer

Registration #:   1129060
Material Type:   SCREENPLAY
Registered By:   BRYANT T. MOORE

Effective Date: 05/03/06
Expiration Date: 05/03/11

0000000049.2006051712284697.0000000012

Writers Guild of America, west, Inc.
Intellectual Property Registry
7000 West Third Street
Los Angeles, California 90048-4329
Telephone: 323-782-4500
Fax: 323-782-4803

# Documentation of Registration

The Writers Guild of America, west, Inc. issues this certificate to:

BRYANT T. MOORE

for the material entitled:

DESCENDANTS: THE POLLINATION

by the following:

BRYANT T. MOORE - Writer

Registration #: 942740
Material Type: SCREENPLAY
Registered By: BRYANT T. MOORE

Effective Date:  07/30/03
Expiration Date:  07/30/08

0000000049.2003082852991.0000000012