**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND   20770**
**301-344-0052**

# M E M O R A N D U M

TO:        Counsel of Record

FROM:   Judge Roger W. Titus

RE:        *Bryant Moore v. Lightstorm Entertainment*, *et al.*
              Civil No. RWT-11-3644

DATE:    September 5, 2012

* * * * * * * * *

On June 29, 2012, Defendants filed a Motion to Dismiss the First Amended Complaint. (Doc. No. 23). On August 28, 2012, however, the Court granted Plaintiff's Consent Motion for Leave to File a Second Amended Complaint. (Doc. No. 39). Accordingly, the Court **DENIES AS MOOT WITHOUT PREJUDICE** Defendants' Motion to Dismiss the First Amended Complaint.

Furthermore, the Court **ORDERS** that the hearing scheduled for January 28, 2013, at 10:00 a.m. regarding Defendants' Motion to Dismiss the First Amended Complaint is hereby cancelled.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge