IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYANT MOORE | * | |
| Plaintiff(s) | | |
| | * | Case No.: 8:11-cv-03644 (RWT) |
| vs. | | |
| | * | |
| LIGHTSTORM ENTERTAINMENT; JAMES CAMERON; AND TWENTIETH CENTURY FOX | * | |
| FILM CORPORATION | * | |
| Defendant(s) | | |

******

## SECOND DECLARATION OF J. MATTHEW WILLIAMS IN SUPPORT OF DEFENDANTS' SECOND REQUEST FOR JUDICIAL NOTICE

I, J. MATTHEW WILLIAMS, declare as follows:

1. I am an attorney with the law firm of Mitchell, Silberberg & Knupp LLP, counsel of record for Defendants James Cameron, Lightstorm Entertainment, and Twentieth Century Fox Film Corporation. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, I could and would competently testify thereto.

2. On or about June 29, 2012, I filed a declaration (Docket No. 24-1) in support of Defendants' first Request for Judicial Notice (Docket No. 24). I attached to that declaration, and had manually filed (Docket No. 25), a true and correct copy of the commercially-available "Avatar" DVD.

3. On or about August 29, 2012, this Court granted Plaintiff's Motion to Amend his First Amended Complaint (Docket No. 39), thereby making Plaintiff's Second Amended

Complaint (Docket No. 34-1) the operative pleading in this case. Because Defendant's first Request for Judicial Notice was filed in support of Defendants' now moot Motion to Dismiss the First Amended Complaint (Docket No. 23), this Court never ruled on Defendants' first Request for Judicial Notice.

4. In their Second Request for Judicial Notice, Defendants again ask the Court to judicially notice the previously filed "Avatar" DVD.

5. In support of Defendants' Second Request for Judicial Notice, I also attach hereto (as Exhibit A) a true and correct copy of the registered (No. VAu664-979) copyrighted work "Pollination Art," which Plaintiff Bryant Moore references in his Second Amended Complaint.

6. On or about June 14, 2012, I submitted a request to the U.S. Copyright Office for a copy of "Pollination Art" as deposited by Plaintiff with the Copyright Office for the purpose of registration. On or about July 10, 2012, I received a copy of Exhibit A from the U.S. Copyright Office in response to my request.

7. I file this declaration in support of the Defendants' Second Request for Judicial Notice, and in support of the Defendants' Motion to Dismiss the Second Amended Complaint under Federal Rule 12(b)(6).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of September, 2012, at Washington, D.C.

J. Matthew Williams