# EXHIBIT A

LIBRARY OF CONGRESS
APR 2 9 2005   YY
COPY
COPYRIGHT OFFICE



POLLINATION ART

VAu 664-979









CANOPY CRAWLER

LEGS EXTEND ONLY WHEN FLYING THROUGH TREETOP CANOPY.

SIDE

FRONTAL VIEW

