IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYANT MOORE | * | |
| **Plaintiff(s)** | | |
| | * | **Case No.: 8:11-cv-03644 (RWT)** |
| vs. | | |
| | * | |
| LIGHTSTORM ENTERTAINMENT; | | |
| JAMES CAMERON; AND | * | |
| TWENTIETH CENTURY FOX | | |
| FILM CORPORATION | * | |
| **Defendant(s)** | | |

******

## NOTICE OF FILING OF AUTHORITY

## CITED IN DEFENDANTS' MEMORANDUM OF LAW

PLEASE TAKE NOTICE that pursuant to Rule 32.1 of the Federal Rules of Appellate Procedure, Defendants hereby file a copy of the opinions in *Van v. Cameron*, Slip Op., No. 10-cv-01051 (S.D. Cal. Sept. 26, 2011) and *Schkeiban v. Cameron*, Slip. Op., No. 12-cv-00636 (C.D. Cal. Jul. 20, 2012), which are cited in Defendants' Memorandum of Law, and are not yet available in a publicly accessible electronic database.

DATE:  September 12, 2012

Respectfully submitted:

    /s/
| | |
|---|---|
| Gregory O. Olaniran (bar no. 23819) | Robert H. Rotstein (*pro hac vice*) |
| J. Matthew Williams (*pro hac vice*) | Mitchell Silberberg & Knupp LLP |
| Mitchell Silberberg & Knupp LLP | 11377 West Olympic Blvd. |
| 1818 N Street NW, 8th Floor | Los Angeles, CA 90064 |
| Washington, DC 20036 | Email: rxr@msk.com |
| Email: goo@msk.com, mxw@msk.com | Phone: 310-312-2000 |
| Phone: 202-355-7900 | Fax:  310-312-3100 |
| Fax: 202-355-7899 | |