**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND   20770  
301-344-0052

M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger Titus

RE: *Bryant Moore v. Lightstorm Entertainment, et al.*
Civil Case No.: RWT-11-3644

DATE: October 25, 2012

\* \* \* \* \* \* \* \*

Currently pending before the Court are Defendants' Request for Judicial Notice in Support of its Motion to Dismiss the Complaint in its Entirety Under Fed. R. Civ. Pro. 12(b)(6) (Doc. No. 24), Defendants' Motion to Dismiss the Second Amended Complaint in its Entirety Under F.R.C.P. 12(b)(6) (Doc. No. 42), and Defendants' Second Request for Judicial Notice in Support of its Motion to Dismiss the Second Amended Complaint in its Entirety Under F.R.C.P. 12(b)(6) (Doc. No. 43).

By Order dated September 5, 2012 (Doc. No. 41), the Court denied as moot Defendants' Motion to Dismiss the First Amended Complaint (Doc. No. 23). Accordingly, the Court likewise **DENIES AS MOOT** Defendants' Request for Judicial Notice in Support of its First Motion to Dismiss (Doc. No. 24).

The Court directs the Plaintiff to notify the Court, within five (5) days of the date of this Order, whether it objects to Defendants' Second Request for Judicial Notice in Support of its Motion to Dismiss the Second Amended Complaint (Doc. No. 43). The Plaintiff should note any objection by filing a memorandum with the Clerk.

Finally, the Court **ORDERS** that a hearing is scheduled for **March 18, 2013, at 9:00 a.m.** on Defendants' Motion to Dismiss the Second Amended Complaint in its Entirety Under F.R.C.P. 12(b)(6) (Doc. No. 42). The parties will be allotted one and one-half (1.5) hours for total argument.

Please note, however, that the Court may choose to decide this motion on the pleadings before the date scheduled for argument. If so, you will be notified sufficiently in advance of that date.

Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument.  Please also highlight the appropriate text.

The parties are advised that they must inform the Court at least ten (10) days prior to the scheduled hearing in the event that circumstances arise that may result in the need for a continuance, stay or cancellation of the hearing.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE