IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYANT MOORE | * | |
| Plaintiff(s) | | |
| | * | Case No.: 8:11-cv-03644 (RWT) |
| vs. | | |
| | * | |
| LIGHTSTORM ENTERTAINMENT; | | |
| JAMES CAMERON; AND | * | |
| TWENTIETH CENTURY | | |
| FOX FILM CORPORATION | * | |
| Defendant(s) | | |

******

## ORDER

Upon consideration of the Second Request For Judicial Notice filed by Defendants, Lightstorm Entertainment, James Cameron, and Twentieth Century Fox Film Corporation, and finding that good cause was stated therefor, it is this 5th day of November, 2012, hereby:

ORDERED that Defendants' Second Request For Judicial Notice be and the same hereby is GRANTED.

_____
U.S. District Judge

4816270.1