**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **BRYANT MOORE,** | * |
| Plaintiff, | * |
| v. | * Case No. RWT 11-cv-3644 |
| **LIGHTSTORM ENTERTAINMENT,** *et al.*, | * |
| Defendants. | * |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss the Second Amended Complaint in its Entirety Under F.R.C.P. 12(b)(6), ECF No. 42, the opposition and reply thereto, the arguments presented by counsel at a hearing held before the undersigned on March 18, 2013, and for the reasons stated on the record, it is this 18th day of March, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion to Dismiss the Second Amended Complaint in its Entirety Under F.R.C.P. 12(b)(6), ECF No. 42, is **GRANTED as to counts I, II, V, and VI, and DENIED as to Counts III and IV**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE