IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BRYANT MOORE,** | * |
| Plaintiff, | * |
| v. | * Case No. RWT 11-cv-3644 |
| **LIGHTSTORM ENTERTAINMENT,** *et al.*, | * |
| Defendants. | * |

# ORDER

The Court having conducted a telephone status conference on April 30, 2013, the parties having requested that the Court modify certain deadlines, and the Court having reviewed a number of motions and related filings, it is this 1st day of May, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion to Bifurcate Merits and Damages Discovery Pending Resolution of Defendants' Summary Judgment Motion, ECF No. 65, is **GRANTED**; and it is further

**ORDERED**, that all discovery in this case shall be limited to the issue of liability, and no discovery as to damages shall take place until the entry of a further scheduling order; and it is further

**ORDERED**, that Plaintiff's Motion to Amend the Scheduling Order and Supporting Points and Authorities, ECF No. 67, is **DENIED AS MOOT**, as the Court has modified the Scheduling Order below after discussing the dates therein with counsel for all parties; and it is further

**ORDERED**, that Defendants' Motion for a Blanket Confidentiality Order Under Federal Rule of Civil Procedure 26(c) and Local Rule 104-13, ECF No. 70, is **GRANTED**; and it is further

**ORDERED**, that this matter is **REFERRED** to a United States Magistrate Judge of this Court for discovery; and it is further

**ORDERED**, that the Scheduling Order, ECF No. 60, is modified and discovery as to liability only shall proceed as follows:

|  | **Date:** |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | July 1, 2013 |
| Defendants' Rule 26(a)(2) disclosures | July 12, 2013 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | July 22, 2013 |
| Rule 26(e)(2) supplementation of disclosures and responses | July 26, 2013 |
| Discovery deadline and submission of status report | August 2, 2013 |
| Defendants' motion for summary judgment due | August 12, 2013 |
| Plaintiff's cross-motion and opposition due | August 26, 2013 |
| Defendants' opposition and reply due | September 9, 2013 |
| Plaintiff's reply due | September 23, 2013 |
| Hearing on cross-motions for summary judgment | October 7, 2013, at 10:00 a.m. |

All other terms in the Scheduling Order, ECF No. 60, shall remain the same.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE