IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| BRYANT MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 8:11-cv-03644 (RWT) |
| v. ) | |
| ) | |
| LIGHTSTORM ENTERTAINMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## PRAECIPE

COMES NOW Plaintiff, Bryant Moore ("Moore"), by and through the undersigned counsel, and respectfully informs the Court that the parties have agreed to an extension of time for expert disclosures. The parties have stipulated that Moore's expert disclosures are now due to Defendants on August 12, 2013, and Defendants' expert disclosures are now due to Moore on August 23, 2013.

**Dated:** August 12, 2013

Respectfully submitted,

_____/s/_____
Donald M. Temple [#408749]
1101 15th Street, N.W., Suite 910
Washington, D.C. 20005
(202) 628-1101  Telephone
(202) 628-1149  Facsimile
dtemplelaw@gmail.com
*Attorney for Plaintiff Moore*