IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| BRYANT MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 8:11-cv-03644 (RWT) |
| ) | |
| LIGHTSTORM ENTERTAINMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S MOTION FOR AN ENLARGMENT OF TIME
IN WHICH TO FILE AN OPPOSITION TO DEFENDANTS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Comes now Plaintiff, Bryant Moore ("Moore"), by and through the undersigned counsel, and respectfully moves this Honorable Court to enlarge the time in which Plaintiff can oppose Defendants' Motion for Summary Judgment by suspending Defendants' Motion pending the outcome of the Parties *numerous* discovery disputes. Defendants do not consent to relief requested herein. In support of this Motion, Plaintiff states as follows:

1. On September 16, 2013, Defendants filed a fifty-eight (58) page Motion for Summary Judgment that attached, among other exhibits, seventeen (17) DVDs and three (3) books. Notably, said motion substantially relies upon the expert reports of Jeff Rovin ("Rovin") and Dr. Mark Rose ("Rose"), who have yet to be deposed. *See* Defendants' Memorandum of Points and Authorities in Support of Motion at 30-48. This voluminous fifty-page (58) page motion, along with its attachments, requires a considerable amount of time in which to respond, well beyond the October 1, 2013 deadline.

2. In addition to the undersigned having just completed a civil trial in the District of Columbia Superior Court (September 23-27), Plaintiff has been required to travel to New

1

York to depose Mr. Rovin on Monday, September 3, 2013, to Los Angeles to depose Mr. Rose on Thursday, October 3, 2013, and then to San Francisco on Monday October 7 and Tuesday October 8, 2013 for Defendants' depositions of Plaintiff's experts.  Hence, the undersigned has been required to devote his full time attention since trial to preparation for Defendants' experts' depositions.

3. The undersigned counsel will return from California on October 9, 2013, and expects to secure the transcripts from the aforementioned depositions on or around October 15, 2013.

4.  Furthermore, this Court has yet to rule on numerous pending discovery-related motions, including: Plaintiff's Motion for an Extension of Time in which to Complete Discovery (filed on August 27, 2013), Defendants' Motion to Compel (filed on August 28, 2013), Plaintiff's Motion for an Extension of Time in which to file its Rebuttal Expert Reports (filed on September 3, 2013), Plaintiff's Objection to Magistrate Jillyn Shulze's August 27, 2013 Ruling (filed on September 10, 2013), and Plaintiff's Motion to Compel (originally filed on September 20, 2013).

5. Several of these motions, and in particular Plaintiff's Motion to Compel, pertain to Defendants' failure to dutifully disclose critical information regarding its document production, in addition to their possible concealment of relevant documents, including emails and other pertinent information.

 6  Given these unresolved discovery issues, Plaintiff submits that Defendants' Motion for Summary Judgment, which was filed in the midst of serious and ongoing discovery disputes, is woefully premature and intended to preclude the factual record's maximum development.

7.      Plaintiff's substantive opposition will in part respond to Defendants' expert depositions.  Therefore, it is not unreasonable that Plaintiff enjoy an opportunity to conduct these depositions prior to filing its Opposition.  As well, the Court should have an opportunity to consider issues related to potentially concealed or unproduced evidence, which were seemingly designed to impede Plaintiff's discovery of pertinent facts.  These and other issues are outlined in great detail within Plaintiff's aforementioned discovery motions.

8.      Notably, Plaintiff is represented by a single counsel.  Defendants have at least five (5) lawyers on the record and likely many more otherwise involved in this case.  More importantly, Plaintiff has aggressively sought discovery and attempted to comport with a tight discovery schedule that, in hindsight, created time-sensitive, resource-intense deadlines that were easier met by Defendants, with their multiple counsels and offices in Los Angeles, New York and the District of Columbia.

9.      Given the litany of discovery issues posed by both Parties and the nature of Defendants' summary judgment filing, Plaintiff simply requests that this Court grant allow Plaintiff to depose Defendants' experts and secure their   deposition transcripts before having to oppose Defendants' Motion.10.     Plaintiff's recommended approach is fair and equitable, in addition to assuring that this Court has a meaningful and complete record upon which it can consider the merits if the case.

Accordingly, Plaintiff urges this Court to enlarge the time in which Plaintiff must oppose Defendants' Motion for Summary Judgment until such a time as this Court resolves all pending discovery motions.     WHEREFORE, Plaintiff respectfully urges this Honorable Court to grant Plaintiff's aforementioned Motion.

**Dated:** September 30, 2013

                                              Respectfully submitted,

                                              _____/s/_____
Donald M. Temple [#408749]
1101 15th Street, N.W., Suite 910
Washington, D.C. 20005
(202) 628-1101  Telephone
(202) 628-1149  Facsimile
dtemplelaw@gmail.com
*Attorney for Plaintiff Moore*

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MARYLAND**

BRYANT MOORE, )
)
        Plaintiff, )
v. ) Case No. 8:11-cv-03644 (RWT)
)
LIGHTSTORM ENTERTAINMENT, *et al.*, )
)
        Defendants. )
_____)

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time in which to file an Opposition to Defendants' Motion for Summary Judgment, it is this ___day of _____, 2013, hereby:

**ORDERED**, that Plaintiff's Motion is granted; and it is further

**ORDERED**, that Plaintiff shall file any opposition to Defendant's Motion until this Court gives such notice.

_____
Judge

Copies to:

Donald M. Temple, Esq.
11101 5th Street, N.W., Suite 910
Washington, DC 2010

Gregory O. Olaniran
J. Matthew Williams
Mitchell Silberberg, and Knupp, LLP
1818 N. Street, NW. Eighth Floor
Washington, DC 20036

Robert H. Rotsein
Mitchell Silberberg, and Knupp, LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064