# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| BRYANT MOORE,                    )  |  |
|                                  )  |  |
|            Plaintiff,            )  |  |
|       v.                         )  | Case No. 8:11-cv-03644 (RWT) |
|                                  )  |  |
| LIGHTSTORM ENTERTAINMENT, *et al.*, ) |  |
|                                  )  |  |
|            Defendants.           )  |  |
|  _____ )  |  |

## NOTICE TO WITHDRAW MOTION

**PLEASE TAKE NOTICE** that Plaintiff hereby withdraws its motion filed under docket entry #131, which was filed under the incorrect civil event due to a clerical error on September 30, 2013. Plaintiff immediately re-filed its motion under the proper civil event.

                                                    Respectfully submitted,

                                                    *Donald M. Temple*
                                                    Donald M. Temple, Esq. (#408749)
                                                    Donald M. Temple, P.C.
                                                    1229 15th Street, NW
                                                    Washington, DC 20005
                                                    (202) 628-1101 Phone
                                                    (202) 628-1149 Fax
                                                    dtemplelaw@gmail.com
                                                    *Counsel for Plaintiff*

1