IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYANT MOORE | * | |
| **Plaintiff(s)** | | |
| | * | **Case No.: 8:11-cv-03644 (RWT)** |
| vs. | | |
| | * | |
| LIGHTSTORM ENTERTAINMENT; JAMES CAMERON; AND | * | |
| TWENTIETH CENTURY FOX FILM CORPORATION | * | |
| **Defendant(s)** | | |

******

# **DEFENDANTS' MOTION TO STRIKE EX. 1, EX. 11, EX. 14, AND EX. 38 TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Lightstorm Entertainment, Inc., James Cameron and Twentieth Century Fox Film Corporation, by their undersigned attorneys – pursuant to Rules 26, 37 and 56 of the Federal Rules of Civil Procedure, Local Rules 102 and 105, and Federal Rules of Evidence 104, 403, 701, 702, 801, and 802 – hereby move to strike Exhibits 1, 11, 14 and 38 (ECF Docket No. 157) to Plaintiff Bryant Moore's Memorandum in Opposition to Defendants' Motion for Summary Judgment, ECF Docket No. 152-1.

The reasons for this Motion are set forth in the accompanying Memorandum of Law, filed herewith. In sum, the Court should strike Plaintiff's papers for the following reasons: (1) the testimony of Plaintiff's experts is inadmissible under Federal Rules of Evidence 701 and 702, as well as under Federal Rules of Civil Procedure 26(a) and 37(c); (2) Plaintiff's Statement of Disputed Facts, Exhibit 1, and Declaration, Exhibit 11, are disguised attempts to exceed the page

length limitations of Local Rule 105-3; (3) Plaintiff's Declaration is not based on personal knowledge and includes inadmissible opinion testimony; and (4) Plaintiff's Statement of Disputed Facts is inadmissible for additional reasons, including reliance on testimony that constitutes hearsay under Federal Rules of Evidence 801 and 802, failure to identify particular evidence in the record that supports the assertions contained in the document as required by Federal Rule of Civil Procedure 56(c)(1)(A), and an overall uselessness that renders the document a confusing waste of the Court's time. *See* Fed. R. Evid. 403.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an Order granting Defendants' Motion. A Proposed Order is submitted herewith.

DATE: November 1, 2013

Respectfully submitted:

\_\_\_\_/s/_____
Gregory O. Olaniran (bar no. 23819)
J. Matthew Williams (*pro hac vice*)
Mitchell Silberberg & Knupp LLP
1818 N Street NW, 8th Floor
Washington, DC 20036
Email: goo@msk.com, mxw@msk.com
Phone: 202-355-7900
Fax: 202-355-7899

Robert H. Rotstein (*pro hac vice*)
Aaron M. Wais (*pro hac vice*)
Mitchell Silberberg & Knupp LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064
Email: rxr@msk.com, amw@msk.com
Phone: 310-312-2000
Fax: 310-312-3100