# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                         **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                **GREENBELT, MARYLAND 20770**
                                                                                                                                 **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *Bryant Moore v. Lightstorm Entertainment, et al.*
                Civil No. RWT-11-3644

DATE:     August 11, 2015

* * * * * * * * *

Due to a conflict in the Court's calendar, the hearing on Defendants' Motion for Attorneys' Fees (ECF No. 178) currently scheduled for August 31, 2015 at 3:00 p.m. is hereby **RESCHEDULED** to **August 31, 2015 at 1:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                             /s/
                                                    Roger W. Titus
                                                    United States District Judge