**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **BRYANT MOORE,** )  | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. RWT-11-3644** |
| ) | |
| **LIGHTSTORM ENTERTAINMENT,** ) | |
| *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |

**MEMORANDUM OPINION AND ORDER**

Defendants, Lightstorm Entertainment, James Cameron, and Twentieth Century Fox Film Corporation, submit before this Court their supplemented Motion to Compel Post-Judgment Discovery ("the Motion") (ECF No. 241). For the reasons presented below, the Court GRANTS the Motion.

The Court adopts the factual and procedural background laid out in the Memorandum Opinion for this case dated November 18, 2016 (ECF No. 239). In the same Memorandum Opinion, the Court denied without prejudice Defendants' original Motion to Compel due to Defendants failure to comply with Local Rule 102.1(c) in serving Plaintiff with the discovery requests. The Court instructed Defendants that they "have the opportunity to cure the deficiency in their Certificate of Service by providing evidence of Plaintiff's receipt of the discovery demands."

In response, Defendants timely filed documents that suffice as such evidence: (1) an electronic receipt from Federal Express indicating the time and date of delivery to Plaintiff's address, and (2) the supporting affidavit of Pamela Burchette, assistant to Defendants' attorneys, stating that the interrogatories were delivered to Plaintiff's home address. Defendants have

cured their Local Rule 102.1(c) deficiency.  Plaintiff must therefore comply with the Court's decision in its earlier Memorandum Opinion (ECF No. 239).

## **CONCLUSION**

For the foregoing reasons, the Court GRANTS Defendants' Motion to Compel as explained in the Court's Memorandum Opinion (ECF No. 239).  Plaintiff shall provide complete written answers to Defendants' post-judgment interrogatories and produce all documents consistent with this Opinion within seven (7) calendar days of this Order.

November 29, 2016

/s/
Charles B. Day
United States Magistrate Judge

CBD/xl